Clerk's Use Only

Initial for fee pd.:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED FARM WORKERS, et al.,

    Plaintiff(s),

v.

U.S ENVIRONMENTAL PROTECTION AGENCY, et al

    Defendant(s).

CASE NO. C08-1814 MHP

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

    Pursuant to Civil L.R. 11-3, __Joshua Osborne-Klein__, an active member in good standing of the bar of __Wash. St. Supreme Ct.__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __plaintiffs__ in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

George Torgun, CSB #222085, (510) 550-6725

426 Seventeenth Street, 5th Floor

Oakland, CA 94612-2807

I declare under penalty of perjury that the foregoing in true and correct.

Dated: April 2008

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018136
Cashier ID: rudot
Transaction Date: 04/14/2008
Payer Name: EarthJustice
------------------------------------
PRO HAC VICE
 For: Joshua Osborne-Klein
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
------------------------------------
CHECK
 Check/Money Order Num: 051546
 Amt Tendered:  $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C-08-1814-MHP

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

MHP