UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED FARM WORKERS, et al.,

    Plaintiff(s),

    v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,

    Defendant(s).

CASE NO. C08-1814 MHP

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Joshua Osborne-Klein, an active member in good standing of the bar of USDC WA, whose business address and telephone number is 705 Second Avenue, Suite 203, Seattle, WA 98104, (206) 343-7340, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/15/2008

Honorable
United S

IT IS SO ORDERED

Judge Marilyn H. Patel