# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

PESTICIDE ACTION NETWORK NORTH AMERICA, UNITED FARM WORKERS, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, BEYOND PESTICIDES, NATURAL RESOURCES DEFENSE COUNCIL, SEA MAR COMMUNITY HEALTH CENTER, TEAMSTERS LOCAL 890, and MOISES LOPEZ,

           Plaintiffs

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; STEPHEN L. JOHNSON, Administrator, U.S. Environmental Protection Agency, in his official capacity,

           Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER:

E-filing

CV 08 1814

MHP

TO: (Name and address of defendant)

Stephen L. Johnson, Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOSHUA OSBORNE-KLEIN, Earthjustice, 705 2nd Avenue, Suite 203, Seattle, WA 98104; (206) 343-7340;
KRISTEN L. BOYLES, Earthjustice, 705 2nd Avenue, Suite 203, Seattle, WA 98104; (206) 343-7340;
GEORGE TORGUN, Earthjustice, 426 Seventeenth Street, 5th Floor, Oakland, CA 94612; (510) 550-6725;
SHELLEY DAVIS, Farmworker Justice, 1126 16th St., N.W., Suite 270, Washington, D.C. 20036; (202) 293-5420;
VIRGINIA RUIZ, Farmworker Justice, 1126 16th St., N.W., Suite 270, Washington, D.C. 20036; (202) 293-5420;
MICHAEL MEUTER, California Rural Legal Assistance, Inc., 3 Williams Rd., Salinas, CA 93905; (831) 757-5221;
JONATHAN GETTLEMAN, California Rural Legal Assistance, Inc., 3 Williams Rd., Salinas, CA 93905; (831) 757-5221

an answer to the complaint which is herewith served upon you, within ninety (90) days after service of this summons upon you, exclusive of the day of service. See LR. 16-5. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                      APR 4 2008

CLERK                                                                                     DATE

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | April 10, 2008 |
| Name of SERVER (PRINT)<br>Cheryl McEvoy | TITLE<br>Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: ..................................................
..................................................

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left

☐ Returned unexecuted:

☒ Other (specify):  Certified mail, return receipt requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0.00 | $0.00 | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 17, 2008
         Date

Signature of Server

Cheryl McEvoy
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7005 1820 0003 2249 6816**
Status: **Delivered**

Your item was delivered at 11:02 AM on April 10, 2008 in WASHINGTON, DC 20460.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signature] ☐ Agent ☑ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery 4/10/08 |
| 1. Article Addressed to:<br><br>Stephen L. Johnson, Administrator<br>US Environmental Protection Agency<br>Ariel Rio Building<br>1200 Pennsylvania Avenue N.W.<br>Washington, D.C. 20460 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☑ Certified Mail   ☐ Express Mail<br>  ☐ Registered       ☑ Return Receipt for Merchandise<br>  ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label)    7005 1820 0003 2249 6816 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |