1  JOSHUA OSBORNE-KLEIN (WSB #36736),        HON. MARILYN HALL PATEL
   Admitted *Pro Hac Vice*
2  KRISTEN L. BOYLES (CSB #158450)
   Earthjustice
3  705 Second Avenue, Suite 203
   Seattle, WA  98104
4  (206) 343-7340
   (206) 343-1526 *[FAX]*
5  josborne-klein@earthjustice.org
   kboyles@earthjustice.org
6

7  SHELLEY DAVIS (CSB #84539)
   VIRGINIA RUIZ (CSB #194986)
   Farmworker Justice
8  1126 – 16th Street, N.W., Suite 270
   Washington, D.C.  20036
9  (202) 293-5420
   (202) 293-5427 *[FAX]*
10 sdavis@nclr.org
   vruiz@nclr.org
11

   *Attorneys for Plaintiffs*
12 *(complete list of parties on signature page)*

13 GEORGE TORGUN (CSB #222085)
   Earthjustice
14 426 Seventeenth Street, 5th Floor
   Oakland, CA  94612-2807
15 (510) 550-6725
   (510) 550-6749 *[FAX]*
16 gtorgun@earthjustice.org

17 *Local Counsel for Plaintiffs*

18 MICHAEL MEUTER (CSB #161554)
   JONATHAN GETTLEMAN (CSB #243560)
19 California Rural Legal Assistance, Inc.
   3 Williams Road
20 Salinas, CA  93905
   (831) 757-5221
21 (831) 757-6212
   mmeuter@crla.org
22 jgettleman@crla.org

23 *Attorneys for Plaintiff MOISES LOPEZ*

PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO GOWAN CO.'S MOTION FOR LEAVE TO INTERVENE (C08-1814 MHP) -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, UNITED FARM WORKERS, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, BEYOND PESTICIDES, NATURAL RESOURCES DEFENSE COUNCIL, SEA MAR COMMUNITY HEALTH CENTER, TEAMSTERS LOCAL 890 and MOISES LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; STEPHEN L. JOHNSON, Administrator, U.S. Environmental Protection Agency, in his official capacity,<br><br>Defendants. | Civ. No. C08-1814 MHP<br><br>PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO GOWAN COMPANY'S MOTION FOR LEAVE TO INTERVENE |

PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO GOWAN
CO.'S MOTION FOR LEAVE TO INTERVENE (C08-1814 MHP) -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

1  Plaintiffs Pesticide Action Network North America el al. do not oppose defendant-
2  intervenor-applicant Gowan Company's motion for leave to intervene in the above-captioned
3  matter.
4  Respectfully submitted this 12th day of June, 2008.

5

6       /s/ Joshua Osborne-Klein
JOSHUA OSBORNE-KLEIN (WSB #36736)
7 KRISTEN L. BOYLES (CSB #158450)
Earthjustice
8 705 Second Avenue, Suite 203
Seattle, WA  98104
9 (206) 343-7340
(206) 343-1526 *[FAX]*
10 josborne-klein@earthjustice.org
kboyles@earthjustice.org
11
SHELLEY DAVIS (CSB #84539)
12 VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
13 1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
14 (202) 293-5420
(202) 293-5427 *[FAX]*
15 sdavis@nclr.org
vruiz@nclr.org
16
*Attorneys for Plaintiffs Pesticide Action Network*
17 *North America, United Farm Workers, Pineros y*
*Campesinos Unidos del Noroeste, Farm Labor*
18 *Organizing Committee, AFL-CIO, Beyond*
*Pesticides, Natural Resources Defense Council, Sea*
19 *Mar Community Health Center, and Teamsters*
*Local 890*

20

21

22

23

24

25 PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO GOWAN
26 CO.'S MOTION FOR LEAVE TO INTERVENE (C08-1814 MHP) -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

GEORGE TORGUN (CSB #222085)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA  94612-2807
(510) 550-6725
(510) 550-6749 *[FAX]*
gtorgun@earthjustice.org

*Local Counsel for Plaintiffs*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA  93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorney for Plaintiff MOISES LOPEZ*

PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO GOWAN CO.'S MOTION FOR LEAVE TO INTERVENE (C08-1814 MHP) -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington.

On June 12, 2008, I served a true and correct copy of the following documents on the parties listed below:

1. Plaintiffs' Statement of Non-Opposition to Gowan Company's Motion for Leave to Intervene.

Leslie M. Hill
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D. Street N.W., Suite 8000
Washington, D.C. 20004
(202) 514-0375
(202) 514-886f5 *[FAX]*
Leslie.Hill@usdoj.gov
*Attorneys for Defendants*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

Courtney Taylor
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
601 D Street N.W., Suite 3033
Washington, D.C. 20004
(202) 353-7548
(202) 305-0275 *[FAX]*
Courtney.Taylor@usdoj.gov
*Attorneys for Defendants*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

Scott N. Schools
United States Attorney
Northern District of California
Charles M. O'Connor
Assistant United States Attorney
9th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
(415) 436-7180
*Attorneys for Defendants*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

CERTIFICATE OF SERVICE (C08-1814 MHP) - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| | | |
|---|---|---|
| 1 | Seth D. Hilton | |
| 2 | Stoel Rives LLP<br>980 Ninth Street, Suite 1900 | ☐ via facsimile<br>☐ via overnight courier |
| 3 | Sacramento, CA 95814<br>(916) 319-4744 | ☐ via certified mail<br>☐ via first-class U.S. mail |
| 4 | (916) 447-4781 *[FAX]* | ☐ via hand delivery<br>☒ via electronic service by Clerk |
| 5 | sdhilton@stoel.com<br>*Attorney for Intervenor-Defendant Gowan Company* | |
| 6 | | |
| 7 | Beth S. Ginsberg<br>Jason T. Morgan | ☐ via facsimile |
| 8 | Stoel Rives LLP<br>600 University Street, Suite 3600 | ☐ via overnight courier<br>☐ via certified mail |
| 9 | Seattle, WA 98101<br>(206) 624-0900 | ☐ via first-class U.S. mail<br>☐ via hand delivery |
| 10 | (206) 386-7500 *[FAX]* | ☒ via electronic service by Clerk |
| 11 | bsginsberg@stoel.com<br>jtmorgan@stoel.com | |
| 12 | *Attorney for Intervenor-Defendant Gowan Company* | |
| 13 | Lynn L. Bergeson | |
| 14 | Bethami Auerbach<br>Bergeson & Campbell, P.C. | ☐ via facsimile<br>☐ via overnight courier |
| 15 | 1203 Nineteenth Street, N.W., Suite 300<br>Washington, D.C. 20036-2401 | ☐ via certified mail<br>☐ via first-class U.S. mail |
| 16 | (202) 557-3800 | ☐ via hand delivery<br>☒ via electronic service by Clerk |
| 17 | (202) 557-3836 *[FAX]*<br>lbergeson@lawbc.com | |
| 18 | bauerbach@lawbc.com<br>*Attorney for Intervenor-Defendant Gowan Company* | |
| 19 | | |
| 20 | I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct. | |
| 21 | Executed on this 12th day of June, 2008, at Seattle, Washington. | |
| 22 | | |
| 23 | _____ | |
| 24 | Cheryl McEvoy | |

CERTIFICATE OF SERVICE (C08-1814 MHP) - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*