1  SCOTT N. SCHOOLS
   United States Attorney
2  Northern District of California
   CHARLES M. O' CONNOR (CA State Bar No. 56320)
3  Assistant United States Attorney
   9th Floor, Federal Building
4  450 Golden Gate Avenue, Box 36055
   San Francisco, CA  94102
5  Telephone (415) 436-7180

6  RONALD J. TENPAS
   Assistant Attorney General
7  Environment & Natural Resources Division
   United States Department of Justice
8  LESLIE M. HILL (D.C. Bar No. 476008)
   Leslie.Hill@usdoj.gov
9  Environmental Defense Section
   601 D Street N.W., Suite 8000
10 Washington D.C.  20004
   Telephone (202) 514-0375
11 Facsimile (202) 514-8865

12 COURTNEY TAYLOR
   Courtney.Taylor@usdoj.gov
13 Wildlife and Marine Resources Section
   601 D Street N.W., Suite 3033
14 Washington D.C.  20004
   Telephone (202) 353-7548
15 Facsimile (202) 305-0275

16 *Attorneys for Defendant*

17              **UNITED STATES DISTRICT COURT**

18       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

19                  **SAN FRANCISCO DIVISION**

20

21 PESTICIDE ACTION NETWORK NORTH          Case. No.: C-08-1814-MHP
   AMERICA, et al.,
22                                         **DEFENDANTS' STATEMENT OF NON-**
              Plaintiffs,                  **OPPOSITION TO GOWAN**
                                           **COMPANY'S MOTION TO INTERVENE**
23      v.
                                           Date:    July 7, 2008
24 UNITED STATES ENVIRONMENTAL             Time:    2:00 pm
   PROTECTION AGENCY, et al.,              Courtroom 15, 18th Floor
25
              Defendants.
26

27 GOWAN COMPANY,

28       Proposed Intervenor-Defendant.

1     Pursuant to Civil L.R. 7-3(b), Defendants do not oppose the Motion of Gowan Company

2 to Intervene (D.I. 8).  Defendants, however, reserve the right to challenge any claims for

3 attorneys' fees or costs incurred by Plaintiffs in responding to arguments raised by Proposed

4 Intervenor-Defendant Gowan Company.

5

6     Date: June 13, 2008                          RONALD J. TENPAS
                                                    Assistant Attorney General
7                                                   Environment and Natural Resources Division

8
                                                    _____/s/_____
9
                                                    LESLIE M. HILL (D.C. Bar No. 476008)
10                                                  U.S. Department of Justice
                                                    Environment & Natural Resources Division
11                                                  Environmental Defense Section
                                                    601 D Street N.W., Suite 8000
12                                                  Washington D.C.  20004
                                                    Leslie.Hill@usdoj.gov
13                                                  Telephone (202) 514-0375
                                                    Facsimile (202) 514-8865
14
                                                    COURTNEY TAYLOR
15                                                  Courtney.Taylor@usdoj.gov
                                                    Wildlife and Marine Resources Section
16                                                  601 D Street N.W., Suite 3033
                                                    Washington D.C.  20004
17                                                  Telephone (202) 353-7548
                                                    Facsimile (202) 305-0275
18
                                                    *Attorneys for Defendant*
19

20 Of Counsel:

21
MARK DYNER
22 DAVID BEROL
Office of General Counsel
23 United States Environmental Protection Agency

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

3

4

     I hereby certify that on June 13, 2008, the foregoing **DEFENDANTS' STATEMENT OF NON-OPPOSITION TO GOWAN COMPANY'S MOTION TO INTERVENE** was filed electronically.  Pursuant to Civil L.R. 5-5 and General Order No. 45, a Notice of Electronic Filing will be sent to the following parties by operation of the Court's electronic filing system:

5

**Counsel for Plaintiffs:**

6

7

George Matthew Torgun
Earthjustice
426 Seventeenth Street
5th Floor
Oakland, CA 94612
gtorgun@earthjustice.org

Joshua Osborne-Klein
Earthjustice
705 Second Avenue
Suite 203
Seattle, WA 98104
josborne-klein@earthjustice.org

8

9

10

11

Kristen Lee Boyles
Earthjustice Legal Defense Fund
705 Second Avenue
Suite 203
Seattle, WA 98104-1711
kboyles@earthjustice.org

Shelley Davis
Farmworker Justice
1126 16th St, N.W.
Suite 270
Washington, DC 20036
sdavis@farmworkerjustice.org

12

13

14

15

Virginia Elizabeth Ruiz
Farmworker Justice
1126 16 St., NW, #270
Washington, DC 20036
vruiz@farmworkerjustice.org

Michael L. Meuter
California Rural Legal Assistance Inc
3 Williams Road
Salinas, CA 93905
mmeuter@crla.org

16

17

18

Jonathan Che Gettleman
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA 93905

19

20

21

22

23

24

25

26

27

28

1

2

**Counsel for Proposed Intervenor-
Defendant Gowan Company:**

3

4

5

Seth D. Hilton
Stoel Rives LLP
980 9th Street, Suite 1900
Sacramento, CA 95814
sdhilton@stoel.com

Beth S. Ginsberg
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101-3197

6

7

8

Jason T. Morgan
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101-3197

Lynn L. Bergeson
Bergeson & Campbell, P.C.
1203 Nineteenth Street, N.W., Suite 300
Washington, D.C. 20036-24001

9

10

11

Bethami Auerbach
Bergeson & Campbell, P.C.
1203 Nineteenth Street, N.W., Suite 300
Washington, D.C. 20036-24001

12

13

\_\_/s/_____
Leslie M. Hill

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28