1  SETH D. HILTON (SB# 181899)
   sdhilton@stoel.com
2  STOEL RIVES LLP
   980 Ninth Street, Suite 1900
3  Sacramento, CA  95814
   Telephone (916) 319-4744
4  Fax: (916) 447-4781
   Attorney For Proposed Intervenor-Defendant
5  Gowan Company

6  BETH S. GINSBERG  (WSBA# 18523)
   bsginsberg@stoel.com
7  (Pro Hac Vice Pending)
   JASON T. MORGAN (WSBA# 38346)
8  jtmorgan@stoel.com
   (Pro Hac Vice Pending)
9  STOEL RIVES LLP
   600 University Street, Suite 3600
10 Seattle, WA  98101
   Telephone:  (206) 624-0900
11 Facsimile:  (206) 386-7500
   Counsel for Gowan Company
12
   LYNN L. BERGESON (D.C.# 320796)
13 lbergeson@lawbc.com
   (Pro Hac Vice Pending)
14 BETHAMI AUERBACH(D.C.# 221556)
   bauerbach@lawbc.com
15 (Pro Hac Vice Pending)
   BERGESON & CAMPBELL, P.C.
16 1203 Nineteenth Street, N.W., Suite 300
   Washington, D.C.  20036-2401
17 Telephone:  (202) 557-3800
   Facsimile:  (202) 557-3836
18 Counsel for Gowan Company

19

20                UNITED STATES DISTRICT COURT

21               NORTHERN DISTRICT OF CALIFORNIA

22                 SAN FRANCISCO DIVISION

23 PESTICIDE ACTION NETWORK NORTH        Case No. C-08-01814 MHP
   AMERICA et al.,
24                                       (PROPOSED)
          Plaintiffs,                    ORDER GRANTING APPLICATION
25                                       FOR ADMISSION OF ATTORNEY
      v.                                 PRO HAC VICE (Ginsberg)
26
   UNITED STATES ENVIRONMENTAL          Judge:    Hon. Marilyn H. Patel
27 PROTECTION AGENCY, et al.,

28        Defendants.

PROPOSED ORDER GRANTING PRO HAC
VICE – (GINSBERG)                        -1-                    08-01814 MHP

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

Seattle-3422145.1 0053784-00002

1

2          Beth S. Ginsberg, an active member in good standing of the bar of the State of

3    Washington, whose business address and telephone number is Stoel Rives LLP, 600 University

4    Street, Suite 3600, Seattle, WA 98101, Tel. (206) 624-0900, having applied in the above entitled

5    action for admission to practice in the Northern District of California on a *pro hac vice* basis

6    representing intervenor-defendant Gowan Company,

7          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

8    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
9
     *vice*. Service of papers upon and communication with co-counsel designated in the application
10
     will constitute notice to the party. All filings in this action are subject to the requirements
11
12   contained in General Order No. 45, *Electronic Case Filing*.

13
     DATED this //ᵗʰ day of ____June____, 2008
14

15                                        _____
                                          Hon. Marilyn H. Patel
16                                        United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

(PROPOSED) ORDER GRANTING *PRO
HAC VICE* – (GINSBERG)                    -2-                          08-01814 MHP

Seattle-3422145.1 0053784-00002

1   SETH D. HILTON (SB# 181899)
    sdhilton@stoel.com
2   STOEL RIVES LLP
    980 Ninth Street, Suite 1900
3   Sacramento, CA 95814
    Telephone (916) 319-4744
4   Fax: (916) 447-4781
    Attorney For Proposed Intervenor-Defendant
5   Gowan Company

6   BETH S. GINSBERG (WSBA# 18523)
    bsginsberg@stoel.com
7   (Pro Hac Vice Pending)
    JASON T. MORGAN (WSBA# 38346)
8   jtmorgan@stoel.com
    (Pro Hac Vice Pending)
9   STOEL RIVES LLP
    600 University Street, Suite 3600
10  Seattle, WA 98101
    Telephone: (206) 624-0900
11  Facsimile: (206) 386-7500
    Counsel for Gowan Company
12
    LYNN L. BERGESON (D.C.# 320796)
13  lbergeson@lawbc.com
    (Pro Hac Vice Pending)
14  BETHAMI AUERBACH(D.C.# 221556)
    bauerbach@lawbc.com
15  (Pro Hac Vice Pending)
    BERGESON & CAMPBELL, P.C.
16  1203 Nineteenth Street, N.W., Suite 300
    Washington, D.C. 20036-2401
17  Telephone: (202) 557-3800
    Facsimile: (202) 557-3836
18  Counsel for Gowan Company

19                  UNITED STATES DISTRICT COURT
20
                   NORTHERN DISTRICT OF CALIFORNIA
21
                      SAN FRANCISCO DIVISION
22

23  PESTICIDE ACTION NETWORK NORTH     Case No. C-08-01814 MHP
    AMERICA et al.,
                                        (PROPOSED)
24          Plaintiffs,                 ORDER GRANTING APPLICATION
                                        FOR ADMISSION OF ATTORNEY
25      v.                              PRO HAC VICE (Bergeson)

26  UNITED STATES ENVIRONMENTAL        Judge:    Hon. Marilyn H. Patel
    PROTECTION AGENCY, et al.,
27
            Defendants.
28

(PROPOSED) ORDER GRANTING PRO
HAC VICE – (BERGESON)                -1-                    08-01814 MHP

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

Seattle-3422264.1 0053784-00002

1    Lynn L. Bergeson, an active member in good standing of the bar of District of Columbia,

2    whose business address and telephone number is Bergeson & Campbell, P.C., 1203 Nineteenth

3    Street, N.W., Suite 300, Washington, D.C. 20036, Tel. (202) 557-3801, having applied in the

4    above entitled action for admission to practice in the Northern District of California on a *pro hac*

5    *vice* basis representing intervenor-defendant Gowan Company,

6        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

7    conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

8    *vice*.  Service of papers upon and communication with co-counsel designated in the application

9    will constitute notice to the party.  All filings in this action are subject to the requirements

10    contained in General Order No. 45, *Electronic Case Filing.*

11        DATED this _11_ day of ____June____, 2008

12

13                                    _____
                                    Hon. Marilyn H. Patel
14                                    United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

(PROPOSED) ORDER GRANTING *PRO*            -2-                    08-01814 MHP
*HAC VICE (BERGESON)*

Seattle-3422264.1 0053784-00002

RECEIVED

08 JUN -4 PM 3: 11

MICHAEL W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   SETH D. HILTON (SB# 181899)
    *sdhilton@stoel.com*
2   STOEL RIVES LLP
    980 Ninth Street, Suite 1900
3   Sacramento, CA  95814
    Telephone (916) 319-4744
4   Fax: (916) 447-4781
    Attorney For Proposed Intervenor-Defendant
5   Gowan Company

6   BETH S. GINSBERG  (WSBA# 18523)
    *bsginsberg@stoel.com*
7   *(Pro Hac Vice Pending)*
    JASON T. MORGAN (WSBA# 38346)
8   *jtmorgan@stoel.com*
    *(Pro Hac Vice Pending)*
9   STOEL RIVES LLP
    600 University Street, Suite 3600
10  Seattle, WA  98101
    Telephone:  (206) 624-0900
11  Facsimile:  (206) 386-7500
    Counsel for Gowan Company
12
    LYNN L. BERGESON (D.C.# 320796)
13  *lbergeson@lawbc.com*
    *(Pro Hac Vice Pending)*
14  BETHAMI AUERBACH(D.C.# 221556)
    *bauerbach@lawbc.com*
15  *(Pro Hac Vice Pending)*
    BERGESON & CAMPBELL, P.C.
16  1203 Nineteenth Street, N.W., Suite 300
    Washington, D.C.  20036-2401
17  Telephone:  (202) 557-3800
    Facsimile:  (202) 557-3836
18  Counsel for Gowan Company

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                      SAN FRANCISCO DIVISION

22

23  PESTICIDE ACTION NETWORK NORTH       Case No. C-08-01814 MHP
    AMERICA et al.,
                                         ~~(PROPOSED)~~
24         Plaintiffs,                   ORDER GRANTING APPLICATION
                                         FOR ADMISSION OF ATTORNEY
25      v.                               *PRO HAC VICE* (Auerbach)

26  UNITED STATES ENVIRONMENTAL          Judge:    Hon. Marilyn H. Patel
    PROTECTION AGENCY, et al.,
27
           Defendants.
28
    _____
STOEL RIVES LLP   (PROPOSED) ORDER GRANTING *PRO*
ATTORNEYS AT LAW  *HAC VICE – (AUERBACH)*          -1-              08-01814-MHP
SACRAMENTO

Seattle-3422261.1 0053784-00002

(

1    Bethami Auerbach, an active member in good standing of the bar of District of Columbia,

2    whose business address and telephone number is Bergeson & Campbell, P.C., 1203 Nineteenth

3    Street, N.W., Suite 300, Washington, D.C. 20036, Tel. (202) 557-3803, having applied in the

4    above entitled action for admission to practice in the Northern District of California on a *pro hac*

5

6    *vice* basis representing intervenor-defendant Gowan Company,

7    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

8    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

9    *vice*. Service of papers upon and communication with co-counsel designated in the application

10    will constitute notice to the party. All filings in this action are subject to the requirements

11    contained in General Order No. 45, *Electronic Case Filing.*

12

13    DATED this 11 day of _____ June _____, 2008

14

15    _____
       Hon. Marilyn H. Patel
       United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

(PROPOSED) ORDER GRANTING *PRO
HAC VICE –(AUERBACH)*                -2-                08-01814 MHP

Seattle-3422261.1 0053784-00002

1  SETH D. HILTON (SB# 181899)
   *sdhilton@stoel.com*
2  STOEL RIVES LLP
   980 Ninth Street, Suite 1900
3  Sacramento, CA  95814
   Telephone (916) 319-4744
4  Fax: (916) 447-4781
   Attorney For Proposed Intervenor-Defendant
5  Gowan Company

6  BETH S. GINSBERG  (WSBA# 18523)
   *bsginsberg@stoel.com*
7  *(Pro Hac Vice Pending)*
   JASON T. MORGAN (WSBA# 38346)
8  *jtmorgan@stoel.com*
   *(Pro Hac Vice Pending)*
9  STOEL RIVES LLP
   600 University Street, Suite 3600
10 Seattle, WA  98101
   Telephone:  (206) 624-0900
11 Facsimile:  (206) 386-7500
   Counsel for Gowan Company
12
   LYNN L. BERGESON (D.C.# 320796)
13 *lbergeson@lawbc.com*
   *(Pro Hac Vice Pending)*
14 BETHAMI AUERBACH(D.C.# 221556)
   *bauerbach@lawbc.com*
15 *(Pro Hac Vice Pending)*
   BERGESON & CAMPBELL, P.C.
16 1203 Nineteenth Street, N.W., Suite 300
   Washington, D.C.  20036-2401
17 Telephone:  (202) 557-3800
   Facsimile:  (202) 557-3836
18 Counsel for Gowan Company

19
20              UNITED STATES DISTRICT COURT
21              NORTHERN DISTRICT OF CALIFORNIA
22              SAN FRANCISCO DIVISION

23 PESTICIDE ACTION NETWORK NORTH        Case No. C-08-01814 MHP
   AMERICA et al.,
                                          **(PROPOSED)**
24          Plaintiffs,                    **ORDER GRANTING APPLICATION
                                          FOR ADMISSION OF ATTORNEY**
25     v.                                 ***PRO HAC VICE* (Morgan)**

26 UNITED STATES ENVIRONMENTAL           Judge:    Hon. Marilyn H. Patel
   PROTECTION AGENCY, et al.,
27
           Defendants.
28

STOEL RIVES LLP        (PROPOSED) ORDER GRANTING *PRO*              -1-              08-01814 MHP
ATTORNEYS AT LAW       *HAC VICE – (MORGAN)*
SACRAMENTO

Seattle-3422143.1 0053784-00002

1        Jason T. Morgan, an active member in good standing of the bar of the State of

2    Washington, whose business address and telephone number is Stoel Rives LLP, 600 University

3    Street, Suite 3600, Seattle, WA 98101, Tel. (206) 624-0900, having applied in the above entitled

4    action for admission to practice in the Northern District of California on a *pro hac vice* basis

5    representing intervenor-defendant Gowan Company,

6        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

7    conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

8    *vice*.  Service of papers upon and communication with co-counsel designated in the application

9    will constitute notice to the party.  All filings in this action are subject to the requirements

10   contained in General Order No. 45, *Electronic Case Filing*.

11       DATED this ___ day of _____, 2008

12

13                   Hon. Marilyn H. Patel
                     United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

(PROPOSED) ORDER GRANTING *PRO
HAC VICE* – (MORGAN)                      -2-                      08-01814 MHP

Seattle-3422143.1 0053784-00002