SETH D. HILTON (SB# 181899)
*sdhilton@stoel.com*
STOEL RIVES LLP
980 Ninth Street, Suite 1900
Sacramento, CA 95814
Telephone (916) 319-4744
Fax: (916) 447-4781
Attorney For Proposed Intervenor-Defendant Gowan Company

BETH S. GINSBERG (WSBA# 18523)
*bsginsberg@stoel.com*
*(Pro Hac Vice Pending)*
JASON T. MORGAN (WSBA# 38346)
*jtmorgan@stoel.com*
*(Pro Hac Vice Pending)*
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
Counsel for Gowan Company

LYNN L. BERGESON (D.C.# 320796)
*lbergeson@lawbc.com*
*(Pro Hac Vice Pending)*
BETHAMI AUERBACH(D.C.# 221556)
*bauerbach@lawbc.com*
*(Pro Hac Vice Pending)*
BERGESON & CAMPBELL, P.C.
1203 Nineteenth Street, N.W., Suite 300
Washington, D.C. 20036-2401
Telephone: (202) 557-3800
Facsimile: (202) 557-3836
Counsel for Gowan Company

RECEIVED
08 JUN -4 PM
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PESTICIDE ACTION NETWORK NORTH AMERICA et al.,

Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

Defendants.

Case No. C-08-01814 MHP

~~(PROPOSED)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (Ginsberg)**

Judge: Hon. Marilyn H. Patel

Beth S. Ginsberg, an active member in good standing of the bar of the State of Washington, whose business address and telephone number is Stoel Rives LLP, 600 University Street, Suite 3600, Seattle, WA 98101, Tel. (206) 624-0900, having applied in the above entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing intervenor-defendant Gowan Company,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED this 11 day of June, 2008

Hon. Marilyn H. Patel
United States District Judge

SETH D. HILTON (SB# 181899)
sdhilton@stoel.com
STOEL RIVES LLP
980 Ninth Street, Suite 1900
Sacramento, CA 95814
Telephone (916) 319-4744
Fax: (916) 447-4781
Attorney For Proposed Intervenor-Defendant
Gowan Company

BETH S. GINSBERG (WSBA# 18523)
*bsginsberg@stoel.com*
*(Pro Hac Vice Pending)*
JASON T. MORGAN (WSBA# 38346)
*jtmorgan@stoel.com*
*(Pro Hac Vice Pending)*
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
Counsel for Gowan Company

LYNN L. BERGESON (D.C.# 320796)
*lbergeson@lawbc.com*
*(Pro Hac Vice Pending)*
BETHAMI AUERBACH(D.C.# 221556)
*bauerbach@lawbc.com*
*(Pro Hac Vice Pending)*
BERGESON & CAMPBELL, P.C.
1203 Nineteenth Street, N.W., Suite 300
Washington, D.C. 20036-2401
Telephone: (202) 557-3800
Facsimile: (202) 557-3836
Counsel for Gowan Company

RECEIVED
08 JUN -4 PM 3:10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PESTICIDE ACTION NETWORK NORTH AMERICA et al.,

Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

Defendants.

Case No. C-08-01814 MHP

**(~~PROPOSED~~)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (Bergeson)**

Judge: Hon. Marilyn H. Patel

Lynn L. Bergeson, an active member in good standing of the bar of District of Columbia, whose business address and telephone number is Bergeson & Campbell, P.C., 1203 Nineteenth Street, N.W., Suite 300, Washington, D.C. 20036, Tel. (202) 557-3801, having applied in the above entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing intervenor-defendant Gowan Company,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED this 11th day of June, 2008

Hon. Marilyn H. Patel
United States District Judge

RECEIVED
08 JUN -4 PM 3: 11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SETH D. HILTON (SB# 181899)
*sdhilton@stoel.com*
STOEL RIVES LLP
980 Ninth Street, Suite 1900
Sacramento, CA 95814
Telephone (916) 319-4744
Fax: (916) 447-4781
Attorney For Proposed Intervenor-Defendant Gowan Company

BETH S. GINSBERG (WSBA# 18523)
*bsginsberg@stoel.com*
*(Pro Hac Vice Pending)*
JASON T. MORGAN (WSBA# 38346)
*jtmorgan@stoel.com*
*(Pro Hac Vice Pending)*
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
Counsel for Gowan Company

LYNN L. BERGESON (D.C.# 320796)
*lbergeson@lawbc.com*
*(Pro Hac Vice Pending)*
BETHAMI AUERBACH(D.C.# 221556)
*bauerbach@lawbc.com*
*(Pro Hac Vice Pending)*
BERGESON & CAMPBELL, P.C.
1203 Nineteenth Street, N.W., Suite 300
Washington, D.C. 20036-2401
Telephone: (202) 557-3800
Facsimile: (202) 557-3836
Counsel for Gowan Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PESTICIDE ACTION NETWORK NORTH AMERICA et al.,

Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

Defendants.

Case No. C-08-01814 MHP

~~(PROPOSED)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (Auerbach)**

Judge: Hon. Marilyn H. Patel

Bethami Auerbach, an active member in good standing of the bar of District of Columbia, whose business address and telephone number is Bergeson & Campbell, P.C., 1203 Nineteenth Street, N.W., Suite 300, Washington, D.C. 20036, Tel. (202) 557-3803, having applied in the above entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing intervenor-defendant Gowan Company,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED this 11th day of June, 2008

Hon. Marilyn H. Patel
United States District Judge

SETH D. HILTON (SB# 181899)
*sdhilton@stoel.com*
STOEL RIVES LLP
980 Ninth Street, Suite 1900
Sacramento, CA 95814
Telephone (916) 319-4744
Fax: (916) 447-4781
Attorney For Proposed Intervenor-Defendant
Gowan Company

BETH S. GINSBERG (WSBA# 18523)
*bsginsberg@stoel.com*
*(Pro Hac Vice Pending)*
JASON T. MORGAN (WSBA# 38346)
*jtmorgan@stoel.com*
*(Pro Hac Vice Pending)*
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
Counsel for Gowan Company

LYNN L. BERGESON (D.C.# 320796)
*lbergeson@lawbc.com*
*(Pro Hac Vice Pending)*
BETHAMI AUERBACH(D.C.# 221556)
*bauerbach@lawbc.com*
*(Pro Hac Vice Pending)*
BERGESON & CAMPBELL, P.C.
1203 Nineteenth Street, N.W., Suite 300
Washington, D.C. 20036-2401
Telephone: (202) 557-3800
Facsimile: (202) 557-3836
Counsel for Gowan Company

RECEIVED
08 JUN -4 PM 3:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PESTICIDE ACTION NETWORK NORTH AMERICA et al.,

Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

Defendants.

Case No. C-08-01814 MHP

~~(PROPOSED)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (Morgan)**

Judge: Hon. Marilyn H. Patel

Jason T. Morgan, an active member in good standing of the bar of the State of Washington, whose business address and telephone number is Stoel Rives LLP, 600 University Street, Suite 3600, Seattle, WA 98101, Tel. (206) 624-0900, having applied in the above entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing intervenor-defendant Gowan Company,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED this 11th day of June, 2008

Hon. Marilyn H. Patel
United States District Judge