1  STANLEY W. LANDFAIR (BAR NO. 160003)
   slandfair@mckennalong.com
2  ANN GRIMALDI (BAR NO. 160893)
   agrimaldi@mckennalong.com
3  DEBORAH L. CÔTÉ (BAR NO. 148315)
   dcote@mckennalong.com
4  McKENNA LONG & ALDRIDGE LLP
   101 California Street
5  41st Floor
   San Francisco, CA 94111
6  *Telephone:*   (415) 267-4000
   *Facsimile:*   (415) 267-4198
7
   Attorneys for Applicant-For-Intervention
8  CROPLIFE AMERICA

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   PESTICIDE ACTION NETWORK                CASE NO. 3:08-CV-01814 MHP
14 NORTH AMERICA; UNITED FARM
   WORKERS, PINEROS Y CAMPESINOS           STIPULATION AND [PROPOSED]
15 UNIDOS DEL NOROESTE; FARM               ORDER RE (1) ALLOWING CROPLIFE
   LABOR ORGANIZING COMMITTEE;             AMERICA'S MOTION FOR LEAVE TO
16 AFL-CIO; BEYOND PESTICIDES;             INTERVENE TO BE HEARD ON
   NATURAL RESOURCES DEFENSE               SHORTENED TIME, AND (2) NON-
17 COUNCIL; SEA MAR COMMUNITY              OPPOSITION TO THE MOTION
   HEALTH CENTER; TEAMSTERS
18 LOCAL 890; and MOISES LOPEZ,

19              Plaintiffs,

20       v.

21 U. S. ENVIRONMENTAL PROTECTION
   AGENCY, an agency of the United States;
22 STEPHEN L. JOHNSON, Administrator,
   U. S. Environmental Protection Agency, in
23 his official capacity,

24              Defendants.

25

26

27

28

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

STIPULATION AND [PROPOSED] ORDER RE (1) ALLOWING CROPLIFE AMERICA'S MOTION FOR LEAVE TO INTERVENE TO BE HEARD ON SHORTENED TIME, AND (2) NON-OPPOSITION TO THE MOTION
27206886 / 20116.0015                                              SF:27291084. 5SF:27291084.2

**TO THE CLERK OF THE COURT AND THE HONORABLE MARILYN HALL PATEL, JUDGE OF THE UNITED STATES DISTRICT COURT:**

IT IS HEREBY STIPULATED BETWEEN THE PARTIES AND OTHER ENTITIES Plaintiffs PESTICIDE ACTION NETWORK NORTH AMERICA; UNITED FARM WORKERS, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; FARM LABOR ORGANIZING COMMITTEE; AFL-CIO; BEYOND PESTICIDES; NATURAL RESOURCES DEFENSE COUNCIL; SEA MAR COMMUNITY HEALTH CENTER; TEAMSTERS LOCAL 890; and MOISES LOPEZ ("Plaintiffs"); Defendants U. S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; STEPHEN L. JOHNSON, Administrator, U. S. Environmental Protection Agency, in his official capacity ("Defendants"); Applicant-For-Intervention GOWAN COMPANY ("Gowan") and Applicant-For-Intervention CROPLIFE AMERICA ("CLA"), by and through their counsel, that CLA's Motion for Leave to Intervene should be heard on shortened time on July 7, 2008, 2:00 p.m., in conjunction with Gowan's previously filed Motion for Leave to Intervene, so as to promote judicial efficiency and conserve the resources of this court and the parties.

Plaintiffs and Defendants further stipulate that they do not oppose CLA's Motion for Leave to Intervene. Gowan consents to this motion to shorten time and to intervene so long as it does not prejudice Gowan's prior pending motion to intervene.

McKenna Long & Aldridge LLP
Attorneys At Law
San Francisco

- 2 -
STIPULATION AND [PROPOSED] ORDER RE (1) ALLOWING CROPLIFE AMERICA'S MOTION FOR LEAVE TO INTERVENE TO BE HEARD ON SHORTENED TIME, AND (2) NON-OPPOSITION TO THE MOTION
SF:27291084. 5SF:27291084.2

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 17, 2008 | GEORGE MATTHEW TORGUN |
| 3 | | Earthjustice |
| | | JOSHUA OSBORNE-KLEIN |
| 4 | | Earthjustice |
| | | KRISTEN LEE BOYLES |
| 5 | | Earthjustice |
| | | SHELLEY DAVIS |
| 6 | | Farmworker Justice |
| | | VIRGINAI ELIZABETH RUIZ |
| 7 | | Farmworker Justice |
| 8 | | |
| 9 | | By: /s/ |
| | | Attorneys for Plaintiffs |
| 10 | | PESTICIDE ACTION NETWORK |
| | | NORTH AMERICA; UNITED FARM |
| 11 | | WORKERS, PINEROS Y CAMPESINOS |
| | | UNIDOS DEL NOROESTE; FARM |
| 12 | | LABOR ORGANIZING COMMITTEE; |
| | | AFL-CIO; BEYOND PESTICIDES; |
| 13 | | NATURAL RESOURCES DEFENSE |
| | | COUNCIL; SEA MAR COMMUNITY |
| 14 | | HEALTH CENTER; TEAMSTERS |
| | | LOCAL 890; and MOISES LOPEZ |
| 15 | | |
| 16 | | |
| 17 | Dated: June 17, 2008 | United States Attorney |
| 18 | | By: /s/ |
| 19 | | Leslie Hill |
| | | Courtney Taylor |
| 20 | | Assistant United States Attorney |
| | | Attorneys for Defendants |
| 21 | | U. S. ENVIRONMENTAL PROTECTION |
| | | AGENCY, an agency of the United States; |
| 22 | | STEPHEN L. JOHNSON, Administrator, |
| | | U. S. Environmental Protection Agency, in |
| 23 | | his official capacity |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

McKenna Long & Aldridge LLP
Attorneys At Law
San Francisco

- 3 -
STIPULATION RE (1) ALLOWING CROPLIFE AMERICA'S MOTION FOR LEAVE TO INTERVENE TO BE HEARD ON SHORTENED TIME, AND (2) NON-OPPOSITION TO THE MOTION
SF:27291084. 5SF:27291084.2

| | |
|---|---|
| 1 | STOEL RIVES LLP |
| 2   Dated: June 17, 2008 | SETH D. HILTON (SB# 181899) |
| 3 | sdhilton@stoel.com |
|   | STOEL RIVES LLP |
| 4 | 980 Ninth Street, Suite 1900 |
|   | Sacramento, Ca 95814 |
| 5 | Telephone (916) 319-4744 |
|   | Fax: (916) 447-4781 |
| 6 | BETH S. GINSBERG |
| 7 | JASON T. MORGAN |
|   | 600 University Street, Suite 3600 |
| 8 | Seattle, WA 98101-3197 |
| 9 | Telephone: (206) 624-0900 |
|   | Facsimile: (206) 386-7500 |
| 10 | |
| 11 | BERGESON & CAMPBELL, P.C. |
|    | LYNN L. BERGESON |
| 12 | BETHAMI AUERBACH |
|    | 1203 Nineteenth Street, N.W., Suite 300 |
| 13 | Washington, D.C. 20036-2401 |
| 14 | Telephone: (202) 557-3800 |
|    | Facsimile: (202) 5573836 |

By: /s/ Seth D. Hilton
Seth D. Hilton
Beth S. Ginsberg
Jason T. Morgan
Lynn L. Bergeson
Bethami Auerbach
Counsel for Applicant-For-Intervention
Gowan Company

Dated: June 17, 2008

MCKENNA LONG & ALDRIDGE LLP

By: /s/ Deborah L. Côté
Ann Grimaldi
Deborah L. Côté

Attorneys for Applicant-For-Intervention
CROPLIFE AMERICA

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 4 -
STIPULATION RE (1) ALLOWING CROPLIFE AMERICA'S MOTION FOR LEAVE TO INTERVENE TO BE HEARD ON
SHORTENED TIME, AND (2) NON-OPPOSITION TO THE MOTION
SF:27291084. 5SF:27291084.2

1     PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3                                                                _____

4                                                                 JUDGE HON. MARILYN H. PATEL
                                                                   *United States District Court*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 5 -
STIPULATION RE (1) ALLOWING CROPLIFE AMERICA'S MOTION FOR LEAVE TO INTERVENE TO BE HEARD ON SHORTENED TIME, AND (2) NON-OPPOSITION TO THE MOTION
SF:27291084. 5SF:27291084.2

1  STANLEY W. LANDFAIR (BAR NO. 160003)
   slandfair@mckennalong.com
2  ANN GRIMALDI (BAR NO. 160893)
   agrimaldi@mckennalong.com
3  DEBORAH L. CÔTÉ (BAR NO. 148315)
   dcote@mckennalong.com
4  McKENNA LONG & ALDRIDGE LLP
   101 California Street
5  41st Floor
   San Francisco, CA  94111
6  *Telephone:*     (415) 267-4000
   *Facsimile:*     (415) 267-4198
7  Attorneys for Applicant-For-Intervention
   CROPLIFE AMERICA
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13 | PESTICIDE ACTION NETWORK         | Case No. 3:08-CV-01814 MHP
   | NORTH AMERICA; UNITED FARM
14 | WORKERS, PINEROS Y CAMPESINOS    | **DECLARATION OF DEBORAH L. COTE**
   | UNIDOS DEL NOROESTE; FARM        | **ATTESTING TO SIGNATURES**
15 | LABOR ORGANIZING COMMITTEE;
   | AFL-CIO; BEYOND PESTICIDES;
16 | NATURAL RESOURCES DEFENSE
   | COUNCIL; SEA MAR COMMUNITY
17 | HEALTH CENTER; TEAMSTERS
   | LOCAL 890; and MOISES LOPEZ,
18 |
   |            Plaintiffs,
19 |
   |      v.
20 |
   | U. S. ENVIRONMENTAL PROTECTION
21 | AGENCY, an agency of the United States;
   | STEPHEN L. JOHNSON, Administrator,
22 | U. S. Environmental Protection Agency, in
   | his official capacity,
23 |
   |            Defendants.
24

25
        I, Deborah L. Côté, declare as follows:
26
        1.      I am an attorney at the law firm of McKenna Long & Aldridge LLP, counsel of
27
   record for Applicant-For-Intervention, CROPLIFE AMERICA ("CLA").  I am a member in good
28

1  standing of the State Bar of California and am admitted to practice before the United States
2  District Court for the Northern District of California. I have personal knowledge of the facts set
3  forth in this declaration and, if called as witness, could and would testify competently thereto.
4      2.   I attest that counsel for Plaintiffs, Kristen L. Boyles, Staff Attorney, Earthjustice,
5  705 Second Ave., Suite 203, Seattle, WA 98104, concurs in the filing of her electronic signature
6  on the Stipulation Re (1) Allowing CropLife America's Motion for Leave to Intervene to be
7  Heard on Shortened Time, and (2) Non-Opposition to the Motion filed in this matter.
8      3.   I further attest that counsel for Defendants, Courtney Taylor, Trial Attorney, U.S.
9  Department of Justice, Environment & Natural Resources Division Wildlife and Marine
10 Resources Section, concurs in the filing of her electronic signature on the Stipulation Re (1)
11 Allowing CropLife America's Motion for Leave to Intervene to be Heard on Shortened Time, and
12 (2) Non-Opposition to the Motion filed in this matter.
13     I declare under penalty of perjury under the laws of the United States that the foregoing is
14 true and correct.

Dated: June 17, 2008

_____
Deborah L. Côté