1  STANLEY W. LANDFAIR (BAR NO. 160003)
   slandfair@mckennalong.com
2  ANN GRIMALDI (BAR NO. 160893)
   agrimaldi@mckennalong.com
3  DEBORAH L. CÔTÉ (BAR NO. 148315)
   dcote@mckennalong.com
4  McKENNA LONG & ALDRIDGE LLP
   101 California Street
5  41st Floor
   San Francisco, CA  94111
6  *Telephone:*    (415) 267-4000
   *Facsimile:*    (415) 267-4198
7
   Attorneys for Applicant-For-Intervention
8  CROPLIFE AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA; UNITED FARM WORKERS, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; FARM LABOR ORGANIZING COMMITTEE; AFL-CIO; BEYOND PESTICIDES; NATURAL RESOURCES DEFENSE COUNCIL; SEA MAR COMMUNITY HEALTH CENTER; TEAMSTERS LOCAL 890; and MOISES LOPEZ, <br><br> Plaintiffs, <br><br> v. <br><br> U. S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; STEPHEN L. JOHNSON, Administrator, U. S. Environmental Protection Agency, in his official capacity, <br><br> Defendants. | CASE No. 3:08-CV-01814 MHP <br><br> **CROPLIFE AMERICA'S CERTIFICATE OF INTERESTED ENTITIES** |

McKENNA LONG & ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

27206886 / 20116.0015

CROPLIFE AMERICA'S CERTIFICATE OF INTERESTED ENTITIES
SF:27291084.2

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  association of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:
6      Advan LLC
7      AMVAC Chemical Corporation
8      Arysta LifeScience North America Corp.
9      BASF Corportion
10     Bayer CropScience
11     Cheminova, Inc.
12     Chemtura Corporation
13     Dow AgroSciences LLC
14     Drexel Chemical Company
15     DuPoint Crop Protection
16     Fine Americas Inc.
17     FMC Corporation
18     Gowan Company
19     ISK Biosciences Corporation
20     Makhteshim Agan of North America, Inc.
21     Monsanto Company
22     Nichino American, Inc.
23     Nufarm Americas, Inc.
24     SePRO Corporation
25     Syngenta Crop Protection, Inc.
26     Tessenderlo-Kerley, Inc.
27     United Phosphorus, Inc.
28     Valent USA Corporation

1. Becker Underwood Inc.
2. Canyon Group LLC
3. Dintec Agrichemicals
4. Eka Chemicals, Inc. (an Akzo Nobel Company)
5. Estes Incorporated
6. GROWMARK, Inc.
7. Helena Chemical Company
8. K-I Chemical U.S.A. Inc.
9. KMG Chemicals, Inc.
10. Nisso America Inc.
11. PBI Gordon Corporation
12. RiceCo LLC
13. Scotts Miracle-Gro Company
14. Tenkoz, Inc.
15. United Agri Products, Inc.
16. Wilbur-Ellis Company
17. Winfield Solutions, LLC

Respectfully submitted,

Dated: _____

MCKENNA LONG & ALDRIDGE LLP

By: _____
Ann Grimaldi
Deborah L. Côté

Attorneys for Applicant-For-Intervention
CROPLIFE AMERICA

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

- 3 -

CROPLIFE AMERICA'S CERTIFICATE OF INTERESTED ENTITIES
SF:27291084.2

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California 94111. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On May 30, 2006, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

in a sealed envelope, postage fully paid, addressed as follows:

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on          , 200, at San Francisco, California.

_____
CARY ANN ROSKO

SF:27292574.1

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

CROPLIFE AMERICA'S CERTIFICATE OF INTERESTED ENTITIES