| | |
|---|---|
| 1 | STANLEY W. LANDFAIR (BAR NO. 160003) |
|   | slandfair@mckennalong.com |
| 2 | ANN G. GRIMALDI (BAR NO. 160893) |
|   | agrimaldi@mckennalong.com |
| 3 | DEBORAH L. COTE (BAR NO. 148315) |
|   | dcote@mckennalong.com |
| 4 | McKENNA LONG & ALDRIDGE LLP |
|   | 101 California Street |
| 5 | 41st Floor |
|   | San Francisco, CA 94111 |
| 6 | *Telephone:*   (415) 267-4000 |
|   | *Facsimile:*   (415) 267-4198 |

Attorneys for Applicant-For-Intervention
CROPLIFE AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA; UNITED FARM WORKERS, PINEROS Y CAMESINOS UNIDOES DEL NOROESTE; FARM LABOR ORGANIZING COMMITTEE; AFL-CIO; BEYOND PESTICIDES; NATURAL RESOURCES DENSE COUNCIL; SEA MAR COMMUNITY HEALTH CENTER; TEAMSTERS LOCAL 890;AND MOISES LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; STEPHEN L. JOHNSON, ADMINISTRATOR, U.S. Environmental Protection Agency, in his official capacity,<br><br>Defendants. | CASE NO. 3:08-CV-01814 MHP<br><br>**[PROPOSED] ORDER GRANTING CROPLIFE AMERICA'S MOTION FOR LEAVE TO INTERVENE**<br><br>Hearing Date: July 28, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15, 18th Floor<br>Judge: Honorable Chief Judge Marilyn Hall Patel |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

A hearing was held in this matter on July 28, 2008, in Courtroom 15 of the above-referenced Court, the Honorable Chief Judge Marilyn Hall Patel presiding, on Motion of

1  CropLife American ("CLA") for Leave to Intervene in this matter.  The parties having so
2  stipulated, and good cause appearing therefor,
3      **IT IS HEREBY ORDERED** that CLA's motion to intervene is GRANTED.
4  Date:

                                                  _____
                                                  The Honorable Marilyn Hall Patel

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

- 2 -

PROOF OF SERVICE
SF:27292628.1