1  STANLEY W. LANDFAIR (BAR NO.: 160003)
   ANN G. GRIMALDI (BAR NO.: 160893)
2  DEBORAH L. COTE (BAR NO.: 148315)
   MCKENNA LONG & ALDRIDGE LLP
3  101 California Street
   41st Floor
4  San Francisco, CA  94111
   Telephone:    (415) 267-4000
5  Facsimile:    (415) 267-4198

6  Attorneys for Applicant-For-Intervention
   CROPLIFE AMERICA
7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | PESTICIDE ACTION NETWORK            | CASE NO.  3:08-CV-01814-MHP
   | NORTH AMERICA; UNITED FARM          |
13 | WORKERS, PINEROS Y CAMPESINOS       | **CERTIFICATE OF SERVICE**
   | UNIDOS DEL NOROESTE; FARM           |
14 | LABOR ORGANIZING COMMITTEE;         | Administrative Record Review Case
   | AFL-CIO; BEYOND PESTICIDES;         |
15 | NATURAL RESOURCES DEFENSE           | Federal Insecticide, Fungicide, and Rodenticide
   | COUNCIL; SEA MAR COMMUNITY          | Act, 7 U.S.C. §§ 136-136y; Endangered Species
16 | HEALTH CENTER; TEAMSTERS            | Act, 16 U.S.C. §§ 1531-1544
   | LOCAL 890; and MOISES LOPEZ,
17
              Plaintiffs,
18
   v.
19
   U. S. ENVIRONMENTAL PROTECTION
20 AGENCY, an agency of the United States;
   STEPHEN L. JOHNSON,  Administrator,
21 U. S. Environmental Protection Agency, in
   his official capacity,
22
              Defendants,
23
24        and

25
   CROPLIFE AMERICA,
26
27            Applicant-for-Intervention.

28

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am a citizen of the United States, and I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to the above-entitled action. My business address is **101 California Street, 41st Floor, San Francisco, California 94111**.

On June 17, 2008, I served the documents as follows: (1) Notice of Motion and Unopposed Motion of CropLife America for Leave to Intervene as Defendant and Memorandum of Points and Authorities in Support Thereof; (2) Declaration of Jay J. Vroom In Support of CropLife America Motion for Leave to Intervene; (3) Stipulation and [Proposed] Order Re (1) Allowing CropLife America's Motion for Leave to Intervene to be Heard on Shortened Time, and (2) Non-Opposition to the Motion; (4) CropLife America's Certificate of Interested Entities; (5)[Proposed] Order Granting Croplife America's Motion for Leave to Intervene; (6) Notice of Appearance of Stanley W. Landfair; (7) Notice of Appearance of Deborah L. Cote; and (8) Proof of Service thereon on the interested parties in this action by placing a **true copy**/original thereof, enclosed in a sealed envelope, postage prepaid thereon, in the United States mail at San Francisco, California, addressed as follows:

> Jonathan Che Gettleman
> California Rural Legal Assistance, Inc.
> 3 Williams Road
> Salinas, CA  93905

///

///

///

///

///

///

1      I am readily familiar with this firm's practice of collection and processing of
2  correspondence, pleadings and notices for mailing with the United States Postal Service.
3  Following ordinary business practices, the envelope was sealed and, would, in the ordinary course
4  of business, be deposited for mailing with the United States Postal Service on this date.

☐ **(STATE)**    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)**    I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 17, 2008, at San Francisco, California.

_____
CYNTHIA KELLY

McKenna Long & Aldridge LLP
Attorneys At Law
San Francisco

- 3 -

CERTIFICATE OF SERVICE

SF:27292060.1