| | |
|---|---|
| 1 | STANLEY W. LANDFAIR (BAR NO.: 160003) |
| 2 | ANN G. GRIMALDI (BAR NO.: 160893)<br>DEBORAH L. COTE (BAR NO.: 148315) |
| 3 | MCKENNA LONG & ALDRIDGE LLP<br>101 California Street |
| 4 | 41st Floor<br>San Francisco, CA  94111 |
| 5 | Telephone:    (415) 267-4000<br>Facsimile:      (415) 267-4198 |
| 6 | Attorneys for Applicant-For-Intervention |
| 7 | CROPLIFE AMERICA |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA; UNITED FARM WORKERS, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; FARM LABOR ORGANIZING COMMITTEE; AFL-CIO; BEYOND PESTICIDES; NATURAL RESOURCES DEFENSE COUNCIL; SEA MAR COMMUNITY HEALTH CENTER; TEAMSTERS LOCAL 890; and MOISES LOPEZ,<br><br>          Plaintiffs,<br><br>v.<br><br>U. S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; STEPHEN L. JOHNSON, Administrator, U. S. Environmental Protection Agency, in his official capacity,<br><br>          Defendants,<br><br>    and<br><br>CROPLIFE AMERICA,<br><br>          Applicant-for-Intervention. | CASE NO.  3:08-CV-01814-MHP<br><br>**NOTICE OF APPEARANCE**<br><br>Administrative Record Review Case<br><br>Federal Insecticide, Fungicide, and Rodenticide Act, 7 U.S.C. §§ 136-136y; Endangered Species Act, 16 U.S.C. §§ 1531-1544 |

1  Stanley W. Landfair of the law firm McKenna, Long & Aldridge LLP, located at the
2  above-indicated address, hereby enters her appearance as counsel of record in this case for
3  Applicant-for-Intervention, CropLife America.

4  Dated:  June 16, 2008                                   MCKENNA LONG & ALDRIDGE LLP

6                                                          By:_____
7                                                              Stanley W. Landfair
                                                               Ann G. Grimaldi
                                                               Deborah L. Cote
8                                                              Attorneys for Applicant-For-Intervention
                                                               CROPLIFE AMERICA

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -                                   NOTICE OF APPEARANCE

SF:27292057.1