1  STANLEY W. LANDFAIR (BAR NO.: 160003)
   ANN G. GRIMALDI (BAR NO.: 160893)
2  DEBORAH L. COTE (BAR NO.: 148315)
   MCKENNA LONG & ALDRIDGE LLP
3  101 California Street
   41st Floor
4  San Francisco, CA 94111
   Telephone:   (415) 267-4000
5  Facsimile:    (415) 267-4198

6  Attorneys for Applicant-For-Intervention
   CROPLIFE AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA; UNITED FARM WORKERS, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; FARM LABOR ORGANIZING COMMITTEE; AFL-CIO; BEYOND PESTICIDES; NATURAL RESOURCES DEFENSE COUNCIL; SEA MAR COMMUNITY HEALTH CENTER; TEAMSTERS LOCAL 890; and MOISES LOPEZ,<br><br>            Plaintiffs,<br><br>v.<br><br>U. S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; STEPHEN L. JOHNSON, Administrator, U. S. Environmental Protection Agency, in his official capacity,<br><br>            Defendants,<br><br>    and<br><br>CROPLIFE AMERICA,<br><br>            Applicant-for-Intervention. | CASE NO. 3:08-CV-01814-MHP<br><br>**NOTICE OF APPEARANCE**<br><br>Administrative Record Review Case<br><br>Federal Insecticide, Fungicide, and Rodenticide Act, 7 U.S.C. §§ 136-136y; Endangered Species Act, 16 U.S.C. §§ 1531-1544 |

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE

SF:27292056. 1SF:27292056. 1SF:27292056. 1SF:27292056.1

1   Deborah L. Cote of the law firm McKenna, Long & Aldridge LLP, located at the above-
2   indicated address, hereby enters her appearance as counsel of record in this case for Applicant-
3   for-Intervention, CropLife America.

4   Dated:  June 16, 2008                                         MCKENNA LONG & ALDRIDGE LLP

6                                                                          By: _____
7                                                                                 Stanley W. Landfair
                                                                                   Ann G. Grimaldi
                                                                                   Deborah L. Cote
8                                                                                 Attorneys for Applicant-For-Intervention
                                                                                   CROPLIFE AMERICA

- 2 -   NOTICE OF APPEARANCE

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF:27292056. 1SF:27292056. 1SF:27292056. 1SF:27292056.1