1  STANLEY W. LANDFAIR (BAR NO.: 160003)
   ANN G. GRIMALDI (BAR NO.: 160893)
2  DEBORAH L. COTE (BAR NO.: 148315)
   MCKENNA LONG & ALDRIDGE LLP
3  101 California Street
   41st Floor
4  San Francisco, CA  94111
   Telephone:    (415) 267-4000
5  Facsimile:    (415) 267-4198

6  Attorneys for Applicant-For-Intervention
   CROPLIFE AMERICA
7

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10               **SAN FRANCISCO DIVISION**

11

12 | PESTICIDE ACTION NETWORK        CASE NO.  3:08-CV-01814-MHP
   | NORTH AMERICA; UNITED FARM
13 | WORKERS, PINEROS Y CAMPESINOS   **CERTIFICATE OF SERVICE**
   | UNIDOS DEL NOROESTE; FARM
14 | LABOR ORGANIZING COMMITTEE;     Administrative Record Review Case
   | AFL-CIO; BEYOND PESTICIDES;
15 | NATURAL RESOURCES DEFENSE       Federal Insecticide, Fungicide, and Rodenticide
   | COUNCIL; SEA MAR COMMUNITY      Act, 7 U.S.C. §§ 136-136y; Endangered Species
16 | HEALTH CENTER; TEAMSTERS        Act, 16 U.S.C. §§ 1531-1544
   | LOCAL 890; and MOISES LOPEZ,
17
                 Plaintiffs,
18
   | v.
19
   | U. S. ENVIRONMENTAL PROTECTION
20 | AGENCY, an agency of the United States;
   | STEPHEN L. JOHNSON,  Administrator,
21 | U. S. Environmental Protection Agency, in
   | his official capacity,
22
                 Defendants,
23
24        and
25
   | CROPLIFE AMERICA,
26
               Applicant-for-Intervention.
27

28

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am a citizen of the United States, and I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to the above-entitled action. My business address is **101 California Street, 41st Floor, San Francisco, California 94111**.

On June 18, 2008, I served the documents as follows: (1) [Proposed] Answer of Intervenor CropLife America to Plaintiff's Complaint for Declaratory and Injunctive Relief; and (2) Certificate of Service thereon on the interested parties in this action by placing a **true copy**/original thereof, enclosed in a sealed envelope, postage prepaid thereon, in the United States mail at San Francisco, California, addressed as follows:

Jonathan Che Gettleman
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA 93905

I am readily familiar with this firm's practice of collection and processing of correspondence, pleadings and notices for mailing with the United States Postal Service. Following ordinary business practices, the envelope was sealed and, would, in the ordinary course of business, be deposited for mailing with the United States Postal Service on this date.

☐ **(STATE)**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 18, 2008, at San Francisco, California.

_____
CYNTHIA KELLY