1   STANLEY W. LANDFAIR (BAR NO. 160003)
    slandfair@mckennalong.com
2   ANN GRIMALDI (BAR NO. 160893)
    agrimaldi@mckennalong.com
3   DEBORAH L. CÔTÉ (BAR NO. 148315)
    dcote@mckennalong.com
4   McKENNA LONG & ALDRIDGE LLP
    101 California Street
5   41st Floor
    San Francisco, CA  94111
6   *Telephone:*    (415) 267-4000
    *Facsimile:*    (415) 267-4198
7
    Attorneys for Applicant-For-Intervention
8   CROPLIFE AMERICA

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                      **SAN FRANCISCO DIVISION**

12

13

| | |
|---|---|
| 14  PESTICIDE ACTION NETWORK NORTH AMERICA; UNITED FARM WORKERS, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; FARM LABOR ORGANIZING COMMITTEE; AFL-CIO; BEYOND PESTICIDES; NATURAL RESOURCES DEFENSE COUNCIL; SEA MAR COMMUNITY HEALTH CENTER; TEAMSTERS LOCAL 890; and MOISES LOPEZ, | CASE NO. 3:08-CV-01814 MHP |

CASE NO. 3:08-CV-01814 MHP

**STIPULATION AND [PROPOSED] ORDER RE (1) ALLOWING CROPLIFE AMERICA'S MOTION FOR LEAVE TO INTERVENE TO BE HEARD ON SHORTENED TIME, AND (2) NON-OPPOSITION TO THE MOTION**

19                    Plaintiffs,

20          v.

21   U. S. ENVIRONMENTAL PROTECTION
     AGENCY, an agency of the United States;
22   STEPHEN L. JOHNSON, Administrator,
     U. S. Environmental Protection Agency, in
23   his official capacity,

24                    Defendants.

25

26

27

28

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   **TO THE CLERK OF THE COURT AND THE HONORABLE MARILYN HALL PATEL,**

2   **JUDGE OF THE UNITED STATES DISTRICT COURT:**

3          IT IS HEREBY STIPULATED BETWEEN THE PARTIES AND OTHER ENTITIES

4   Plaintiffs PESTICIDE ACTION NETWORK NORTH AMERICA; UNITED FARM

5   WORKERS, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; FARM LABOR

6   ORGANIZING COMMITTEE; AFL-CIO; BEYOND PESTICIDES; NATURAL RESOURCES

7   DEFENSE COUNCIL; SEA MAR COMMUNITY HEALTH CENTER; TEAMSTERS LOCAL

8   890; and MOISES LOPEZ ("Plaintiffs"); Defendants U. S. ENVIRONMENTAL PROTECTION

9   AGENCY, an agency of the United States; STEPHEN L. JOHNSON, Administrator, U. S.

10  Environmental Protection Agency, in his official capacity ("Defendants"); Applicant-For-

11  Intervention GOWAN COMPANY ("Gowan") and Applicant-For-Intervention CROPLIFE

12  AMERICA ("CLA"), by and through their counsel, that CLA's Motion for Leave to Intervene

13  should be heard on shortened time on July 7, 2008, 2:00 p.m., in conjunction with Gowan's

14  previously filed Motion for Leave to Intervene, so as to promote judicial efficiency and conserve

15  the resources of this court and the parties.

16         Plaintiffs and Defendants further stipulate that they do not oppose CLA's Motion for

17  Leave to Intervene.  Gowan consents to this motion to shorten time and to intervene so long as it

18  does not prejudice Gowan's prior pending motion to intervene.

19

20

21

22

23

24

25

26

27

28

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

1

2

3  Dated:    June 17, 2008                    GEORGE MATTHEW TORGUN
                                              Earthjustice
                                              JOSHUA OSBORNE-KLEIN
4                                             Earthjustice
                                              KRISTEN LEE BOYLES
5                                             Earthjustice
                                              SHELLEY DAVIS
6                                             Farmworker Justice
                                              VIRGINAI ELIZABETH RUIZ
7                                             Farmworker Justice

8

9                                             By: /s/
                                                  Attorneys for Plaintiffs
10                                            PESTICIDE ACTION NETWORK
                                              NORTH AMERICA; UNITED FARM
11                                            WORKERS, PINEROS Y CAMPESINOS
                                              UNIDOS DEL NOROESTE; FARM
12                                            LABOR ORGANIZING COMMITTEE;
                                              AFL-CIO; BEYOND PESTICIDES;
13                                            NATURAL RESOURCES DEFENSE
                                              COUNCIL; SEA MAR COMMUNITY
14                                            HEALTH CENTER; TEAMSTERS
                                              LOCAL 890; and MOISES LOPEZ
15

16

17  Dated:    June 17, 2008                   United States Attorney

18                                            By: /s/
                                                  Leslie Hill
19                                                Courtney Taylor
                                              Assistant United States Attorney
20                                            Attorneys for Defendants
                                              U. S. ENVIRONMENTAL PROTECTION
21                                            AGENCY, an agency of the United States;
                                              STEPHEN L. JOHNSON, Administrator,
22                                            U. S. Environmental Protection Agency, in
                                              his official capacity
23

24

25

26

27

28

STIPULATION RE (1) ALLOWING CROPLIFE AMERICA'S MOTION FOR LEAVE TO INTERVENE TO BE HEARD ON
SHORTENED TIME, AND (2) NON-OPPOSITION TO THE MOTION
SF:27291084. 5SF:27291084.2

1

2

Dated: _Jun 17, 2008_

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   Dated: _June 17, 2008_

24

25

26

27

28

STOEL RIVES LLP
SETH D. HILTON(SB# 181899)
sdhilton@stoel.com
STOEL RIVES LLP
980 Ninth
Street, Suite 1900
Sacramento, Ca 95814
Telephone (916) 319-4744
Fax: (916) 447-4781
BETH S. GINSBERG
JASON T. MORGAN
600 University
Street, Suite 3600
Seattle, WA 98101-3197
Telephone: (206) 624-0900
Facsimile: (206) 386-7500

BERGESON &CAMPBELL, P.C.
LYNN L. BERGESON
BETHAMI AUERBACH
1203 Nineteenth
Street, N.W., Suite 300
Washington, D.C. 20036-2401
Telephone: (202) 557-3800
Facsimile: (202) 5573836

By: _Beth L. Finley_
Seth D. Hilton
Beth S. Ginsberg
Jason T. Morgan
Lynn L. Bergeson
Bethami Auerbach
Counsel for Applicant-For-Intervention
Gowan Company

MCKENNA LONG & ALDRIDGE LLP

By: _Deborah L. Côté_
Ann Grimaldi
Deborah L. Côté

Attorneys for Applicant-For-Intervention
CROPLIFE AMERICA

McKenna Long &
Aldridge LLP
Attorneys at Law
San Francisco

- 4 -
STIPULATION RE (1) ALLOWING CROPLIFE AMERICA'S MOTION FOR LEAVE TO INTERVENE TO BE HEARD ON
SHORTENED TIME, AND (2) NON-OPPOSITION TO THE MOTION
SF:27291084. 5SF:27291084.2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS SO ORDERED

Judge Marilyn H. Patel

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

STIPULATION RE (1) ALLOWING CROPLIFE AMERICA'S MOTION FOR LEAVE TO INTERVENE TO BE HEARD ON SHORTENED TIME, AND (2) NON-OPPOSITION TO THE MOTION
SF:27291084. 5SF:27291084.2

1    STANLEY W. LANDFAIR (BAR NO. 160003)
     slandfair@mckennalong.com
2    ANN GRIMALDI (BAR NO. 160893)
     agrimaldi@mckennalong.com
3    DEBORAH L. CÔTÉ (BAR NO. 148315)
     dcote@mckennalong.com
4    McKENNA LONG & ALDRIDGE LLP
     101 California Street
5    41st Floor
     San Francisco, CA  94111
6    *Telephone:*     (415) 267-4000
     *Facsimile:*     (415) 267-4198
7    Attorneys for Applicant-For-Intervention
     CROPLIFE AMERICA
8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11                     **SAN FRANCISCO DIVISION**

12

13   PESTICIDE ACTION NETWORK            CASE No. 3:08-CV-01814 MHP
     NORTH AMERICA; UNITED FARM
14   WORKERS, PINEROS Y CAMPESINOS       **DECLARATION OF DEBORAH L. COTE**
     UNIDOS DEL NOROESTE; FARM           **ATTESTING TO SIGNATURES**
15   LABOR ORGANIZING COMMITTEE;
     AFL-CIO; BEYOND PESTICIDES;
16   NATURAL RESOURCES DEFENSE
     COUNCIL; SEA MAR COMMUNITY
17   HEALTH CENTER; TEAMSTERS
     LOCAL 890; and MOISES LOPEZ,
18
                    Plaintiffs,
19
            v.
20
     U. S. ENVIRONMENTAL PROTECTION
21   AGENCY, an agency of the United States;
     STEPHEN L. JOHNSON, Administrator,
22   U. S. Environmental Protection Agency, in
     his official capacity,
23
                    Defendants.
24

25           I, Deborah L. Côté, declare as follows:

26           1.      I am an attorney at the law firm of McKenna Long & Aldridge LLP, counsel of

27   record for Applicant-For-Intervention, CROPLIFE AMERICA ("CLA").  I am a member in good

28

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

                                                    DECLARATION OF DEBORAH L. COTE ATTESTING TO SIGNATURES

                                                                                          SF:27292782.1

1 standing of the State Bar of California and am admitted to practice before the United States

2 District Court for the Northern District of California. I have personal knowledge of the facts set

3 forth in this declaration and, if called as witness, could and would testify competently thereto.

4      2.      I attest that counsel for Plaintiffs, Kristen L. Boyles, Staff Attorney, Earthjustice,

5 705 Second Ave., Suite 203, Seattle, WA 98104, concurs in the filing of her electronic signature

6 on the Stipulation Re (1) Allowing CropLife America's Motion for Leave to Intervene to be

7 Heard on Shortened Time, and (2) Non-Opposition to the Motion filed in this matter.

8      3.      I further attest that counsel for Defendants, Courtney Taylor, Trial Attorney, U.S.

9 Department of Justice, Environment & Natural Resources Division Wildlife and Marine

10 Resources Section, concurs in the filing of her electronic signature on the Stipulation Re (1)

11 Allowing CropLife America's Motion for Leave to Intervene to be Heard on Shortened Time, and

12 (2) Non-Opposition to the Motion filed in this matter.

13      I declare under penalty of perjury under the laws of the United States that the foregoing is

14 true and correct.

15

16 Dated: June 17, 2008                    _____

17                                             Deborah L. Côté

18

19

20

21

22

23

24

25

26

27

28

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

- 2 -

PROOF OF SERVICE

SF:27292782.1