
STANLEY W. LANDFAIR (BAR NO. 160003)
slandfair@mckennalong.com
ANN GRIMALDI (BAR NO. 160893)
agrimaldi@mckennalong.com
DEBORAH L. CÔTÉ (BAR NO. 148315)
dcote@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA  94111
*Telephone:*   (415) 267-4000
*Facsimile:*   (415) 267-4198

Attorneys for Applicant-For-Intervention
CROPLIFE AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA; UNITED FARM WORKERS, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; FARM LABOR ORGANIZING COMMITTEE; AFL-CIO; BEYOND PESTICIDES; NATURAL RESOURCES DEFENSE COUNCIL; SEA MAR COMMUNITY HEALTH CENTER; TEAMSTERS LOCAL 890; and MOISES LOPEZ, <br><br>Plaintiffs, <br><br>v. <br><br>U. S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; STEPHEN L. JOHNSON, Administrator, U. S. Environmental Protection Agency, in his official capacity, <br><br>Defendants. | CASE NO. 3:08-CV-01814 MHP <br><br>**STIPULATION AND [PROPOSED] ORDER RE (1) ALLOWING CROPLIFE AMERICA'S MOTION FOR LEAVE TO INTERVENE TO BE HEARD ON SHORTENED TIME, AND (2) NON-OPPOSITION TO THE MOTION** |

McKENNA LONG & ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER RE (1) ALLOWING CROPLIFE AMERICA'S MOTION FOR LEAVE TO INTERVENE TO BE HEARD ON SHORTENED TIME, AND (2) NON-OPPOSITION TO THE MOTION
27206886 / 20116.0015
SF:27291084. 5SF:27291084.2

**TO THE CLERK OF THE COURT AND THE HONORABLE MARILYN HALL PATEL, JUDGE OF THE UNITED STATES DISTRICT COURT:**

IT IS HEREBY STIPULATED BETWEEN THE PARTIES AND OTHER ENTITIES Plaintiffs PESTICIDE ACTION NETWORK NORTH AMERICA; UNITED FARM WORKERS, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; FARM LABOR ORGANIZING COMMITTEE; AFL-CIO; BEYOND PESTICIDES; NATURAL RESOURCES DEFENSE COUNCIL; SEA MAR COMMUNITY HEALTH CENTER; TEAMSTERS LOCAL 890; and MOISES LOPEZ ("Plaintiffs"); Defendants U. S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; STEPHEN L. JOHNSON, Administrator, U. S. Environmental Protection Agency, in his official capacity ("Defendants"); Applicant-For-Intervention GOWAN COMPANY ("Gowan") and Applicant-For-Intervention CROPLIFE AMERICA ("CLA"), by and through their counsel, that CLA's Motion for Leave to Intervene should be heard on shortened time on July 7, 2008, 2:00 p.m., in conjunction with Gowan's previously filed Motion for Leave to Intervene, so as to promote judicial efficiency and conserve the resources of this court and the parties.

Plaintiffs and Defendants further stipulate that they do not oppose CLA's Motion for Leave to Intervene. Gowan consents to this motion to shorten time and to intervene so long as it does not prejudice Gowan's prior pending motion to intervene.

McKenna Long & Aldridge LLP
Attorneys At Law
San Francisco

- 2 -
STIPULATION AND [PROPOSED] ORDER RE (1) ALLOWING CROPLIFE AMERICA'S MOTION FOR LEAVE TO INTERVENE TO BE HEARD ON SHORTENED TIME, AND (2) NON-OPPOSITION TO THE MOTION
SF:27291084. 5SF:27291084.2

| | | |
|---|---|---|
| Dated: | June 17, 2008 | GEORGE MATTHEW TORGUN<br>Earthjustice<br>JOSHUA OSBORNE-KLEIN<br>Earthjustice<br>KRISTEN LEE BOYLES<br>Earthjustice<br>SHELLEY DAVIS<br>Farmworker Justice<br>VIRGINAI ELIZABETH RUIZ<br>Farmworker Justice |

By: /s/ _____
Attorneys for Plaintiffs
PESTICIDE ACTION NETWORK
NORTH AMERICA; UNITED FARM
WORKERS, PINEROS Y CAMPESINOS
UNIDOS DEL NOROESTE; FARM
LABOR ORGANIZING COMMITTEE;
AFL-CIO; BEYOND PESTICIDES;
NATURAL RESOURCES DEFENSE
COUNCIL; SEA MAR COMMUNITY
HEALTH CENTER; TEAMSTERS
LOCAL 890; and MOISES LOPEZ

Dated:   June 17, 2008            United States Attorney

By: /s/ _____
Leslie Hill
Courtney Taylor
Assistant United States Attorney
Attorneys for Defendants
U. S. ENVIRONMENTAL PROTECTION
AGENCY, an agency of the United States;
STEPHEN L. JOHNSON, Administrator,
U. S. Environmental Protection Agency, in
his official capacity

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

- 3 -
STIPULATION RE (1) ALLOWING CROPLIFE AMERICA'S MOTION FOR LEAVE TO INTERVENE TO BE HEARD ON
SHORTENED TIME, AND (2) NON-OPPOSITION TO THE MOTION
SF:27291084. 5SF:27291084.2

| | |
|---|---|
| 1 | |
| 2  Dated: June 17, 2008 | STOEL RIVES LLP<br>SETH D. HILTON(SB# 181899)<br>sdhilton@stoel.com<br>STOEL RIVES LLP<br>980 Ninth<br>Street, Suite 1900<br>Sacramento, Ca 95814<br>Telephone (916) 319-4744<br>Fax: (916) 447-4781<br>BETH S. GINSBERG<br>JASON T. MORGAN<br>600 University<br>Street, Suite 3600<br>Seattle, WA 98101-3197<br>Telephone: (206) 624-0900<br>Facsimile: (206) 386-7500<br><br>BERGESON &CAMPBELL, P.C.<br>LYNN L. BERGESON<br>BETHAMI AUERBACH<br>1203 Nineteenth<br>Street, N.W., Suite 300<br>Washington, D.C. 20036-2401<br>Telephone: (202) 557-3800<br>Facsimile: (202) 5573836<br><br>By: /s/ Seth D. Hilton<br>Seth D. Hilton<br>Beth S. Ginsberg<br>Jason T. Morgan<br>Lynn L. Bergeson<br>Bethami Auerbach<br>Counsel for Applicant-For-Intervention<br>Gowan Company |
| Dated: June 17, 2008 | MCKENNA LONG & ALDRIDGE LLP<br><br>By: /s/ Ann Grimaldi<br>Ann Grimaldi<br>Deborah L. Côté<br><br>Attorneys for Applicant-For-Intervention<br>CROPLIFE AMERICA |

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

- 4 -

STIPULATION RE (1) ALLOWING CROPLIFE AMERICA'S MOTION FOR LEAVE TO INTERVENE TO BE HEARD ON SHORTENED TIME, AND (2) NON-OPPOSITION TO THE MOTION
SF:27291084, 5SF:27291084.2

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   _____

4   United States District Judge Marilyn H. Patel

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel, signed]*

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

- 5 -
STIPULATION RE (1) ALLOWING CROPLIFE AMERICA'S MOTION FOR LEAVE TO INTERVENE TO BE HEARD ON SHORTENED TIME, AND (2) NON-OPPOSITION TO THE MOTION
SF:27291084.5SF:27291084.2

STANLEY W. LANDFAIR (BAR NO. 160003)
slandfair@mckennalong.com
ANN GRIMALDI (BAR NO. 160893)
agrimaldi@mckennalong.com
DEBORAH L. CÔTÉ (BAR NO. 148315)
dcote@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA  94111
*Telephone:*      (415) 267-4000
*Facsimile:*       (415) 267-4198
Attorneys for Applicant-For-Intervention
CROPLIFE AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA; UNITED FARM WORKERS, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; FARM LABOR ORGANIZING COMMITTEE; AFL-CIO; BEYOND PESTICIDES; NATURAL RESOURCES DEFENSE COUNCIL; SEA MAR COMMUNITY HEALTH CENTER; TEAMSTERS LOCAL 890; and MOISES LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>U. S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; STEPHEN L. JOHNSON, Administrator, U. S. Environmental Protection Agency, in his official capacity,<br><br>Defendants. | CASE NO. 3:08-CV-01814 MHP<br><br>**DECLARATION OF DEBORAH L. COTE ATTESTING TO SIGNATURES** |

I, Deborah L. Côté, declare as follows:

1.    I am an attorney at the law firm of McKenna Long & Aldridge LLP, counsel of record for Applicant-For-Intervention, CROPLIFE AMERICA ("CLA").  I am a member in good

1  standing of the State Bar of California and am admitted to practice before the United States
2  District Court for the Northern District of California. I have personal knowledge of the facts set
3  forth in this declaration and, if called as witness, could and would testify competently thereto.

4      2.    I attest that counsel for Plaintiffs, Kristen L. Boyles, Staff Attorney, Earthjustice,
5  705 Second Ave., Suite 203, Seattle, WA 98104, concurs in the filing of her electronic signature
6  on the Stipulation Re (1) Allowing CropLife America's Motion for Leave to Intervene to be
7  Heard on Shortened Time, and (2) Non-Opposition to the Motion filed in this matter.

8      3.    I further attest that counsel for Defendants, Courtney Taylor, Trial Attorney, U.S.
9  Department of Justice, Environment & Natural Resources Division Wildlife and Marine
10 Resources Section, concurs in the filing of her electronic signature on the Stipulation Re (1)
11 Allowing CropLife America's Motion for Leave to Intervene to be Heard on Shortened Time, and
12 (2) Non-Opposition to the Motion filed in this matter.

13     I declare under penalty of perjury under the laws of the United States that the foregoing is
14 true and correct.

16 Dated: June 17, 2008

17                                      Deborah L. Côté

McKenna Long & Aldridge LLP
Attorneys At Law
San Francisco