| | |
|---|---|
| 1  SETH D. HILTON (SB# 181899)<br>    *sdhilton@stoel.com*<br>2  STOEL RIVES LLP<br>    980 Ninth Street, Suite 1900<br>3  Sacramento, CA 95814<br>    Telephone (916) 319-4744<br>4  Fax: (916) 447-4781<br>    Attorney For Proposed Intervenor-Defendant<br>5  Gowan Company<br><br>6  BETH S. GINSBERG (WSBA# 18523)<br>    *bsginsberg@stoel.com*<br>7  (*Pro Hac Vice Pending*)<br>    JASON T. MORGAN (WSBA# 38346)<br>8  *jtmorgan@stoel.com*<br>    (*Pro Hac Vice Pending*)<br>9  STOEL RIVES LLP<br>    600 University Street, Suite 3600<br>10 Seattle, WA 98101<br>    Telephone: (206) 624-0900<br>11 Facsimile: (206) 386-7500<br>    Counsel for Gowan Company<br>12<br>    LYNN L. BERGESON (D.C.# 320796)<br>13 *lbergeson@lawbc.com*<br>    (*Pro Hac Vice Pending*)<br>14 BETHAMI AUERBACH (D.C.# 221556)<br>    *bauerbach@lawbc.com*<br>15 (*Pro Hac Vice Pending*)<br>    BERGESON & CAMPBELL, P.C.<br>16 1203 Nineteenth Street, N.W., Suite 300<br>    Washington, D.C. 20036-2401<br>17 Telephone: (202) 557-3800<br>    Facsimile: (202) 557-3836<br>18 Counsel for Gowan Company | **FILED**<br><br>08 JUN -4 PM 3: 11<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA et al.,<br><br>            Plaintiffs,<br><br>            v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>            Defendants. | Case No. C-08-01814 MHP<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (Bethami Auerbach)**<br><br>Judge:    Hon. Marilyn H. Patel |

|   |   |
|---|---|
| 1 | |
| 2 | Pursuant to Civil L.R. 11-3, Bethami Auerbach, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing intervenor Defendant (petition pending) Gowan Company in the above-entitled action. |

In support of this application, I certify on oath that:

1. I am an active member in good standing of the bar of the District of Columbia;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing* and to become familiar with the Local Rules and the Alternative Dispute Resolution program of the Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Seth D. Hilton (SB# 18199)
    Stoel Rives LLP
    980 9th Street, Suite 1900
    Sacramento, CA  95814
    Telephone: (916) 319-4744
    Fax: (916) 447-4781

I declare under penalty of perjury that the foregoing is true and correct,

DATED this ___ day of May, 2008

_Bethami Auerbach_
Bethami Auerbach

---

**DECLARATION OF SERVICE**

I declare that I am over the age of eighteen years and not a party to this action. I am employed in the City of Sacramento and my business address is 980 Ninth Street, Suite 1900, Sacramento, CA 95814.

On June 4, 2008, at Sacramento, California, I served the attached document(s):

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on the following parties:

| | |
|---|---|
| George Matthew Torgun<br>EarthJustice<br>426 Seventeenth Street. 5th Floor<br>Oakland, CA 94612 | Joshua Osborne-Klein<br>Kristen Lee Boyles<br>EarthJustice<br>705 Second Avenue, Suite 203<br>Seattle, WA 98104 |
| Shelly Davis<br>Virginia Elizabeth Ruiz<br>Farmworker Justice<br>1126 16th Street NW, Suite 270<br>Washington, DC 20036 | Jonathan Che Gettleman<br>Michael L. Meuter<br>California Rural Legal Assistance, Inc.<br>3 Williams Road<br>Salinas, CA 93905 |

[x] **BY FIRST CLASS MAIL:** I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business, correspondence would be deposited with the U.S. Postal Service on the day on which it is collected. On the date written above, following ordinary business practices, I placed for collection and mailing at the offices of Stoel Rives LLP, 111 Sutter Street, Suite 700, San Francisco, California 94104, a copy of the attached document in a sealed envelope, with postage fully prepaid, addressed as shown on the service list. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[ ] **BY FACSIMILE:** On the date written above, I caused a copy of the attached document to be transmitted to a fax machine maintained by the person on whom it is served at the fax number shown on the service list. That transmission was reported as complete and without error and a transmission report was properly issued by the transmitting fax machine.

[ ] **BY HAND DELIVERY:** On the date written above, I placed a copy of the attached document in a sealed envelope, with delivery fees paid or provided for, and arranged for it to be delivered by messenger that same day to the office of the addressee, as shown on the service list.

[x] **(Federal Courts Only)** I declare that I am employed in the office of a member of this court at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on June _4_, 2008, at Sacramento, California.

_____
Pamela Spring

---

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

APPLICATION FOR ADMISSION *PRO HAC VICE* – (AUERBACH)    -4-    08-01814 MHP

Seattle-3422260.1 0053784-00002

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611019900
Cashier ID: sprinka
Transaction Date: 06/04/2008
Payer Name: San Francisco Legal Support,
----------------------------------------
PRO HAC VICE
 For: San Francisco Legal Support,
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
PRO HAC VICE
 For: San Francisco Legal Support,
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
PRO HAC VICE
 For: San Francisco Legal Support,
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
PRO HAC VICE
 For: San Francisco Legal Support,
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
----------------------------------------
CHECK
 Check/Money Order Num: 37990
 Amt Tendered:  $840.00
----------------------------------------
Total Due:      $840.00
Total Tendered: $840.00
Change Amt:     $0.00

08-1814MHP


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```