JOSHUA OSBORNE-KLEIN (WSB #36736),           HON. MARILYN HALL PATEL
Admitted *Pro Hac Vice*
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (CSB #84539)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

*Attorneys for Plaintiffs*
*(complete list of parties on signature page)*

GEORGE TORGUN (CSB #222085)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA  94612-2807
(510) 550-6725
(510) 550-6749 *[FAX]*
gtorgun@earthjustice.org

*Local Counsel for Plaintiffs*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA  93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorneys for Plaintiff MOISES LOPEZ*

PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO
CROPLIFE AMERICA'S MOTION FOR LEAVE
TO INTERVENE (C08-1814 MHP)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, UNITED FARM WORKERS, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, BEYOND PESTICIDES, NATURAL RESOURCES DEFENSE COUNCIL, SEA MAR COMMUNITY HEALTH CENTER, TEAMSTERS LOCAL 890 and MOISES LOPEZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; STEPHEN L. JOHNSON, Administrator, U.S. Environmental Protection Agency, in his official capacity,<br><br>    Defendants. | Civ. No.  C08-1814 MHP<br><br>PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO CROPLIFE AMERICA'S MOTION FOR LEAVE TO INTERVENE |

PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO
CROPLIFE AMERICA'S MOTION FOR LEAVE
TO INTERVENE (C08-1814 MHP)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Plaintiffs Pesticide Action Network North America <u>et</u> <u>al.</u> do not oppose defendant-intervenor-applicant CropLife America's motion for leave to intervene in the above-captioned matter.

Respectfully submitted this 20th day of June, 2008.

        /s/ Joshua Osborne-Klein
JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (CSB #84539)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

*Attorneys for Plaintiffs Pesticide Action Network North America, United Farm Workers, Pineros y Campesinos Unidos del Noroeste, Farm Labor Organizing Committee, AFL-CIO, Beyond Pesticides, Natural Resources Defense Council, Sea Mar Community Health Center, and Teamsters Local 890*

GEORGE TORGUN (CSB #222085)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA  94612-2807
(510) 550-6725
(510) 550-6749 *[FAX]*
gtorgun@earthjustice.org
*Local Counsel for Plaintiffs*

PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO
CROPLIFE AMERICA'S MOTION FOR LEAVE
TO INTERVENE (C08-1814 MHP)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA  93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorney for Plaintiff MOISES LOPEZ*

PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO
CROPLIFE AMERICA'S MOTION FOR LEAVE
TO INTERVENE (C08-1814 MHP)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington.

On June 20, 2008, I served a true and correct copy of the following documents on the parties listed below:

1. Plaintiffs' Statement of Non-Opposition to Croplife America's Motion for Leave to Intervene.

| | |
|---|---|
| Leslie M. Hill<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>601 D. Street N.W., Suite 8000<br>Washington, D.C. 20004<br>(202) 514-0375<br>(202) 514-886f5 *[FAX]*<br>Leslie.Hill@usdoj.gov<br>*Attorneys for Defendants* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |
| Courtney Taylor<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Wildlife and Marine Resources Section<br>601 D Street N.W., Suite 3033<br>Washington, D.C. 20004<br>(202) 353-7548<br>(202) 305-0275 *[FAX]*<br>Courtney.Taylor@usdoj.gov<br>*Attorneys for Defendants* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |
| Scott N. Schools<br>United States Attorney<br>Northern District of California<br>Charles M. O'Connor<br>Assistant United States Attorney<br>9th Floor, Federal Building<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br>(415) 436-7180<br>*Attorneys for Defendants* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |

CERTIFICATE OF SERVICE (C08-1814 MHP) - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

Seth D. Hilton
Stoel Rives LLP
980 Ninth Street, Suite 1900
Sacramento, CA 95814
(916) 319-4744
(916) 447-4781 *[FAX]*
sdhilton@stoel.com
*Attorney for Intervenor-Defendant Gowan Company*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

Beth S. Ginsberg
Jason T. Morgan
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
(206) 624-0900
(206) 386-7500 *[FAX]*
bsginsberg@stoel.com
jtmorgan@stoel.com
*Attorney for Intervenor-Defendant Gowan Company*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

Lynn L. Bergeson
Bethami Auerbach
Bergeson & Campbell, P.C.
1203 Nineteenth Street, N.W., Suite 300
Washington, D.C. 20036-2401
(202) 557-3800
(202) 557-3836 *[FAX]*
lbergeson@lawbc.com
bauerbach@lawbc.com
*Attorney for Intervenor-Defendant Gowan Company*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

Stanley W. Landfair
Deborah L. Cote
Ann Grimaldi
McKenna Long & Aldridge LLP
101 California Street, 41st Floor
San Francisco, CA 94111
(415) 267-4000
(415) 267-4198 *[FAX]*
slandfair@mckennalong.com
dcote@mckennalong.com
agrimaldi@mckennalong.com
*Attorneys for Intervenor-Defendant Croplife America*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

CERTIFICATE OF SERVICE (C08-1814 MHP) - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

1 | I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct.
2 | Executed on this 20th day of June, 2008, at Seattle, Washington.

*Cheryl McEvoy*

Cheryl McEvoy

CERTIFICATE OF SERVICE (C08-1814 MHP) - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*