| | |
|---|---|
| 1  JOSHUA OSBORNE-KLEIN (WSB #36736), | HON. MARILYN HALL PATEL |

JOSHUA OSBORNE-KLEIN (WSB #36736),
Admitted *Pro Hac Vice*
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (CSB #84539)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

*Attorneys for Plaintiffs*
*(complete list of parties on signature page)*

GEORGE TORGUN (CSB #222085)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA  94612-2807
(510) 550-6725
(510) 550-6749 *[FAX]*
gtorgun@earthjustice.org

*Local Counsel for Plaintiffs*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA  93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorneys for Plaintiff MOISES LOPEZ*

NOTICE OF NEED FOR ADR PHONE
CONFERENCE (C08-1814 MHP)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, UNITED FARM WORKERS, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, BEYOND PESTICIDES, NATURAL RESOURCES DEFENSE COUNCIL, SEA MAR COMMUNITY HEALTH CENTER, TEAMSTERS LOCAL 890 and MOISES LOPEZ,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; STEPHEN L. JOHNSON, Administrator, U.S. Environmental Protection Agency, in his official capacity,<br><br>  Defendants. | Civ. No.  C08-1814 MHP<br><br>NOTICE OF NEED FOR ADR PHONE CONFERENCE |

NOTICE OF NEED FOR ADR PHONE
CONFERENCE (C08-1814 MHP)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1   Counsel for plaintiffs, defendant, and defendant-intervenor-applicants jointly report that
2   they have met and conferred regarding ADR.  Counsel have not reached an agreement to an
3   ADR process; they agree that this case is not amenable to ADR and should be exempted from the
4   ADR program pursuant to ADR L.R. 3-5(g)(3).  The Initial Case Management Conference for
5   this case is set for July 14, 2008.
6   The parties intend to jointly present their request for an exemption from the ADR
7   program at the ADR phone conference.  The following counsel will participate in the ADR
8   phone conference:

9   Dated: June 23, 2008            /s/ Kristen L. Boyles _____
                                    Kristen L. Boyles
10                                  Joshua Osborne-Klein
                                    Attorney for plaintiffs
11                                  (206) 343-7340
                                    kboyles@earthjustice.org
12                                  josborne-klein@earthjustice.org

13  Dated: June 23, 2008            /s/ Kristen L. Boyles for * _____
                                    Leslie Hill
14                                  Attorney for defendants
                                    (202) 353-7548
15                                  leslie.hill@usdoj.gov

16  Dated: June 23, 2008            /s/ Kristen L. Boyles for ** _____
                                    Beth Ginsberg
17                                  Attorney for defendant-intervenor-
                                    applicant Gowan Company
18                                  (206) 624-0900
                                    bsginsberg@stoel.com
19
    Dated: June 23, 2008            /s/ Kristen L. Boyles for_____
20                                  Ann Grimaldi
                                    Attorney for defendant-intervenor-
21                                  applicant Croplife America
                                    (415) 267-4000
22                                  agrimaldi@mckennalong.com

    *per telephone authorization
23
    **per e-mail authorization
24

25
    NOTICE OF NEED FOR ADR PHONE                          *Earthjustice*
                                                          *705 Second Ave., Suite 203*
26  CONFERENCE (C08-1814 MHP)   -2-                       *Seattle, WA  98104*
                                                          *(206) 343-7340*

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington.

On June 23, 2008, I served a true and correct copy of the following documents on the parties listed below:

1. Notice of Need for ADR Phone Conference.

| | |
|---|---|
| Leslie M. Hill<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>601 D. Street N.W., Suite 8000<br>Washington, D.C. 20004<br>(202) 514-0375<br>(202) 514-886f5 *[FAX]*<br>Leslie.Hill@usdoj.gov<br>*Attorneys for Defendants* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |
| Courtney Taylor<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Wildlife and Marine Resources Section<br>601 D Street N.W., Suite 3033<br>Washington, D.C. 20004<br>(202) 353-7548<br>(202) 305-0275 *[FAX]*<br>Courtney.Taylor@usdoj.gov<br>*Attorneys for Defendants* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |
| Scott N. Schools<br>United States Attorney<br>Northern District of California<br>Charles M. O'Connor<br>Assistant United States Attorney<br>9th Floor, Federal Building<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br>(415) 436-7180<br>*Attorneys for Defendants* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |

CERTIFICATE OF SERVICE (C08-1814 MHP) - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| | | |
|---|---|---|
| 1 | Seth D. Hilton | ☐ via facsimile |
| 2 | Stoel Rives LLP<br>980 Ninth Street, Suite 1900 | ☐ via overnight courier<br>☐ via certified mail |
| 3 | Sacramento, CA 95814<br>(916) 319-4744 | ☐ via first-class U.S. mail<br>☐ via hand delivery |
| 4 | (916) 447-4781 *[FAX]* | ☒ via electronic service by Clerk |
| 5 | sdhilton@stoel.com<br>*Attorney for Intervenor-Defendant Gowan Company* | |
| 6 | | |
| 7 | Beth S. Ginsberg<br>Jason T. Morgan | ☐ via facsimile<br>☐ via overnight courier |
| 8 | Stoel Rives LLP<br>600 University Street, Suite 3600 | ☐ via certified mail<br>☐ via first-class U.S. mail |
| 9 | Seattle, WA 98101<br>(206) 624-0900 | ☐ via hand delivery<br>☒ via electronic service by Clerk |
| 10 | (206) 386-7500 *[FAX]* | |
| 11 | bsginsberg@stoel.com<br>jtmorgan@stoel.com | |
| 12 | *Attorney for Intervenor-Defendant Gowan Company* | |
| 13 | Lynn L. Bergeson | |
| 14 | Bethami Auerbach<br>Bergeson & Campbell, P.C. | ☐ via facsimile<br>☐ via overnight courier |
| 15 | 1203 Nineteenth Street, N.W., Suite 300<br>Washington, D.C. 20036-2401 | ☐ via certified mail<br>☐ via first-class U.S. mail |
| 16 | (202) 557-3800 | ☐ via hand delivery<br>☒ via electronic service by Clerk |
| 17 | (202) 557-3836 *[FAX]*<br>lbergeson@lawbc.com | |
| 18 | bauerbach@lawbc.com<br>*Attorney for Intervenor-Defendant Gowan Company* | |
| 19 | | |
| 20 | Stanley W. Landfair<br>Deborah L. Cote | ☐ via facsimile<br>☐ via overnight courier |
| 21 | Ann Grimaldi<br>McKenna Long & Aldridge LLP | ☐ via certified mail<br>☐ via first-class U.S. mail |
| 22 | 101 California Street, 41st Floor<br>San Francisco, CA 94111 | ☐ via hand delivery<br>☒ via electronic service by Clerk |
| 23 | (415) 267-4000 | |
| 24 | (415) 267-4198 *[FAX]*<br>slandfair@mckennalong.com | |
| 25 | dcote@mckennalong.com | |
| 26 | agrimaldi@mckennalong.com<br>*Attorneys for Intervenor-Defendant Croplife America* | |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE (C08-1814 MHP)  - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

1      I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct.

2  Executed on this 23rd day of June, 2008, at Seattle, Washington.

*[signature]*
Cheryl McEvoy

CERTIFICATE OF SERVICE (C08-1814 MHP)  - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*