JOSHUA OSBORNE-KLEIN (WSB #36736),
Admitted *Pro Hac Vice*
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (CSB #84539)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C. 20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

*Attorneys for Plaintiffs*
*(complete list of parties on signature page)*

GEORGE TORGUN (CSB #222085)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA 94612-2807
(510) 550-6725
(510) 550-6749 *[FAX]*
gtorgun@earthjustice.org

*Local Counsel for Plaintiffs*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA 93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorneys for Plaintiff MOISES LOPEZ*

HON. MARILYN HALL PATEL

CERTIFICATE OF SERVICE
(C08-1814 MHP)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, UNITED FARM WORKERS, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, BEYOND PESTICIDES, NATURAL RESOURCES DEFENSE COUNCIL, SEA MAR COMMUNITY HEALTH CENTER, TEAMSTERS LOCAL 890 and MOISES LOPEZ,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; STEPHEN L. JOHNSON, Administrator, U.S. Environmental Protection Agency, in his official capacity,<br><br>　　　　Defendants. | Civ. No. C08-1814 MHP<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE
(C08-1814 MHP)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington.

On June 23, 2008, I served a true and correct copy of the following documents on the parties listed below:

1. ADR Certifications by Parties and Counsel (signed by plaintiff, Pesticide Action Network North America);
2. ADR Certifications by Parties and Counsel (signed by plaintiff, Natural Resources Defense Counsel);
3. ADR Certifications by Parties and Counsel (signed by plaintiff, Teamsters Local 890);
4. ADR Certifications by Parties and Counsel (signed by plaintiff, Sea Mar Community Health Center);
5. ADR Certifications by Parties and Counsel (signed by plaintiff, Beyond Pesticides);
6. ADR Certifications by Parties and Counsel (signed by plaintiff, Moises Lopez);
7. ADR Certifications by Parties and Counsel (signed by plaintiff, United Farm Workers);
8. ADR Certifications by Parties and Counsel (signed by plaintiff, Pineros y Campesinos Unidos Del Noroeste); and
9. Certificate of Service.

Leslie M. Hill
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D. Street N.W., Suite 8000
Washington, D.C. 20004
(202) 514-0375
(202) 514-886f5 *[FAX]*
Leslie.Hill@usdoj.gov
*Attorneys for Defendants*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

CERTIFICATE OF SERVICE
(C08-1814 MHP) - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| | | |
|---|---|---|
| 1 | Courtney Taylor | |
| 2 | U.S. Department of Justice<br>Environment & Natural Resources Division | ☐ via facsimile<br>☐ via overnight courier |
| 3 | Wildlife and Marine Resources Section<br>601 D Street N.W., Suite 3033 | ☐ via certified mail<br>☐ via first-class U.S. mail |
| 4 | Washington, D.C. 20004 | ☐ via hand delivery<br>☒ via electronic service by Clerk |
| 5 | (202) 353-7548<br>(202) 305-0275 *[FAX]* | |
| 6 | Courtney.Taylor@usdoj.gov<br>*Attorneys for Defendants* | |
| 7 | | |
| 8 | Scott N. Schools<br>United States Attorney | ☐ via facsimile |
| 9 | Northern District of California<br>Charles M. O'Connor | ☐ via overnight courier<br>☐ via certified mail |
| 10 | Assistant United States Attorney | ☐ via first-class U.S. mail<br>☐ via hand delivery |
| 11 | 9th Floor, Federal Building<br>450 Golden Gate Avenue, Box 36055 | ☒ via electronic service by Clerk |
| 12 | San Francisco, CA 94102<br>(415) 436-7180 | |
| 13 | *Attorneys for Defendants* | |
| 14 | Seth D. Hilton<br>Stoel Rives LLP | ☐ via facsimile |
| 15 | 980 Ninth Street, Suite 1900<br>Sacramento, CA 95814 | ☐ via overnight courier<br>☐ via certified mail |
| 16 | (916) 319-4744 | ☐ via first-class U.S. mail<br>☐ via hand delivery |
| 17 | (916) 447-4781 *[FAX]*<br>sdhilton@stoel.com | ☒ via electronic service by Clerk |
| 18 | *Attorney for Intervenor-Defendant Gowan Company* | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE
(C08-1814 MHP) - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| | | |
|---|---|---|
| 1 | Beth S. Ginsberg | ☐ via facsimile |
| 2 | Jason T. Morgan<br>Stoel Rives LLP | ☐ via overnight courier<br>☐ via certified mail |
| 3 | 600 University Street, Suite 3600<br>Seattle, WA 98101 | ☐ via first-class U.S. mail<br>☐ via hand delivery |
| 4 | (206) 624-0900 | ☒ via electronic service by Clerk |
| 5 | (206) 386-7500 [FAX]<br>bsginsberg@stoel.com | |
| 6 | jtmorgan@stoel.com<br>*Attorney for Intervenor-Defendant Gowan Company* | |
| 7 | | |
| 8 | Lynn L. Bergeson<br>Bethami Auerbach | ☐ via facsimile |
| 9 | Bergeson & Campbell, P.C.<br>1203 Nineteenth Street, N.W., Suite 300 | ☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail |
| 10 | Washington, D.C. 20036-2401 | ☐ via hand delivery |
| 11 | (202) 557-3800<br>(202) 557-3836 [FAX] | ☒ via electronic service by Clerk |
| 12 | lbergeson@lawbc.com<br>bauerbach@lawbc.com | |
| 13 | *Attorney for Intervenor-Defendant Gowan Company* | |
| 14 | | |
| 15 | Stanley W. Landfair<br>Deborah L. Cote | ☐ via facsimile<br>☐ via overnight courier |
| 16 | Ann Grimaldi<br>McKenna Long & Aldridge LLP | ☐ via certified mail<br>☐ via first-class U.S. mail |
| 17 | 101 California Street, 41st Floor<br>San Francisco, CA 94111 | ☐ via hand delivery<br>☒ via electronic service by Clerk |
| 18 | (415) 267-4000<br>(415) 267-4198 [FAX] | |
| 19 | slandfair@mckennalong.com | |
| 20 | dcote@mckennalong.com<br>agrimaldi@mckennalong.com | |
| 21 | *Attorneys for Intervenor-Defendant Croplife America* | |
| 22 | | |
| 23 | I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct. | |
| 24 | Executed on this 23rd day of June, 2008, at Seattle, Washington. | |
| 25 | | |
| 26 | *[signature]* | |
| 27 | Cheryl McEvoy | |
| 28 | | |

CERTIFICATE OF SERVICE
(C08-1814 MHP) - 4 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*