SCOTT N. SCHOOLS
United States Attorney
Northern District of California
CHARLES M. O'CONNOR (CA State Bar No. 56320)
Assistant United States Attorney
9th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone (415) 436-7180

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D. Street N.W., Suite 8000
Washington D.C. 20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865
COURTNEY TAYLOR
Courtney.Taylor@usdoj.gov
Wildlife & Marine Resources Section
601 D. Street N.W., Room 3910
Washington D.C. 20004
Telephone (202) 353-7548
Facsimile (202) 305-0275

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK N. AMERICA, et al., | No. C 08-1814 MHP |
| Plaintiffs, | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| v. | |
| ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendants. | |

Case No. C 08-1814 MHP
ADR CERTIFICATION BY PARTIES AND COUNSEL                                                1

1  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
2  that he or she has:
3  **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District
4  of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;
5  **(2)** Discussed the available dispute resolution options provided by the Court and private
6  entities; and
7  **(3)** Considered whether this case might benefit from any of the available dispute
8  resolution options.

Dated: June 24, 2008

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

/s/

LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D. Street N.W., Suite 8000
Washington D.C. 20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865

Dated: June 24, 2008

STEPHEN L. JOHNSON
Administrator of the Environmental Protection
Agency

MARK DYNER
U.S. Environmental Protection Agency

Case No. C 08-1814 MHP
ADR CERTIFICATION BY PARTIES AND COUNSEL

2

# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2008, the foregoing **DEFENDANTS' ADR CERTIFICATION** was filed electronically. Pursuant to Civil L.R. 5-5 and General Order No. 45, a Notice of Electronic Filing will be sent to the following parties by operation of the Court's electronic filing system:

**Counsel for Plaintiffs:**

George Matthew Torgun
Earthjustice
426 Seventeenth Street
5th Floor
Oakland, CA 94612
gtorgun@earthjustice.org

Joshua Osborne-Klein
Earthjustice
705 Second Avenue
Suite 203
Seattle, WA 98104
josborne-klein@earthjustice.org

Kristen Lee Boyles
Earthjustice Legal Defense Fund
705 Second Avenue
Suite 203
Seattle, WA 98104-1711
kboyles@earthjustice.org

Shelley Davis
Farmworker Justice
1126 16th St, N.W.
Suite 270
Washington, DC 20036
sdavis@farmworkerjustice.org

Virginia Elizabeth Ruiz
Farmworker Justice
1126 16 St., NW, #270
Washington, DC 20036
vruiz@farmworkerjustice.org

Michael L. Meuter
California Rural Legal Assistance Inc
3 Williams Road
Salinas, CA 93905
mmeuter@crla.org

Jonathan Che Gettleman
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA 93905

**Counsel for Proposed Intervenor-Defendant Gowan Company:**

Seth D. Hilton
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
sdhilton@stoel.com

Beth S. Ginsberg
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101-3197
bsginsberg@stoel.com

Jason T. Morgan
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101-3197

Lynn L. Bergeson
Bergeson & Campbell, P.C.
1203 Nineteenth Street, N.W., Suite 300
Washington, D.C. 20036-24001

Bethami Auerbach

Bergeson & Campbell, P.C.
1203 Nineteenth Street, N.W., Suite 300
Washington, D.C. 20036-24001

**Counsel for Proposed Intervenor-
Defendant Croplife America:**

Stanley W. Landfair
Mckenna Long & Aldridge LLP
101 California Street, 41st Floor
San Francisco, CA 94111
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
slandfair@mckennalong.com

Ann G. Grimaldi
Mckenna Long & Aldridge LLP
101 California Street, 41st Floor
San Francisco, CA 94111
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
agrimaldi@mckennalong.com

Deborah L. Cote
Mckenna Long & Aldridge LLP
101 California Street, 41st Floor
San Francisco, CA 94111
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
dcote@mckennalong.com

\_\_/s/_____
Leslie M. Hill