UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PESTICIDE ACTION NETWORK,<br><br>      Plaintiff(s),<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION,<br><br>      Defendant(s).<br>_____/ | No. C 08-01814 MHP<br><br>**CLERK'S NOTICE**<br>**(Matter to be submitted on papers)** |

    Parties, having moved this Court for a hearing on July 7, 2008, the parties are hereby notified that the motions to intervene will be submitted on the papers without oral argument. Therefore, the HEARING DATE IS VACATED.

 

                                                                    Richard W. Wieking<br>                                                                    Clerk, U.S. District Court

Dated: July 1, 2008                                           Anthony Bowser, Deputy Clerk to the<br>                                                                    Honorable Marilyn Hall Patel<br>                                                                                 (415) 522-3140

United States District Court<br>For the Northern District of California