JOSHUA OSBORNE-KLEIN (WSB #36736),                    HON. MARILYN HALL PATEL
Admitted *Pro Hac Vice*
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (CSB #84539)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

*Attorneys for Plaintiffs*
*(complete list of parties on signature page)*

GEORGE TORGUN (CSB #222085)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA  94612-2807
(510) 550-6725
(510) 550-6749 *[FAX]*
gtorgun@earthjustice.org

*Local Counsel for Plaintiffs*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA  93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorneys for Plaintiff MOISES LOPEZ*

STIPULATION REQUESTING REMOVAL FROM THE ADR
MULTI-OPTION PROGRAM AND [PROPOSED] ORDER
(C08-1814 MHP)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, UNITED FARM WORKERS, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, BEYOND PESTICIDES, NATURAL RESOURCES DEFENSE COUNCIL, SEA MAR COMMUNITY HEALTH CENTER, TEAMSTERS LOCAL 890 and MOISES LOPEZ, | Civ. No.  C08-1814 MHP |
| | STIPULATION REQUESTING REMOVAL FROM THE ADR MULTI-OPTION PROGRAM AND [PROPOSED] ORDER |
| Plaintiffs, | |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; STEPHEN L. JOHNSON, Administrator, U.S. Environmental Protection Agency, in his official capacity, | |
| Defendants. | |

STIPULATION REQUESTING REMOVAL FROM THE ADR
MULTI-OPTION PROGRAM AND [PROPOSED] ORDER
(C08-1814 MHP)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1    The undersigned parties appreciate the opportunity to participate in the Court's ADR

2  multi-option program.  However, the parties believe that this administrative review case, which

3  challenges federal agency actions under the Federal Insecticide, Fungicide, and Rodenticide Act

4  and the Endangered Species Act, is not amenable to an intermediate resolution at this time and

5  the litigation should continue before the Court.  The parties believe than none of the ADR

6  processes is likely to lead to resolution of the case or deliver benefits sufficient to justify the

7  resources consumed by its use, see ADR LR 3-5(e)(3), the parties jointly stipulate and request,

8  pursuant to ADR LR 3-3(c) and Civ. LR 7-12, that the Court remove this case from its ADR

9  multi-option program.

10    Respectfully submitted this 2nd day of July, 2008.

11

12

13    /s/  Joshua Osborne-Klein
      JOSHUA OSBORNE-KLEIN
      KRISTEN L. BOYLES
14    Earthjustice
      705 Second Avenue, Suite 203
15    Seattle, WA  98104
      (206) 343-7340
16    (206) 343-1526 *[FAX]*
      josborne-klein@earthjustice.com
17    kboyles@earthjustice.com

18

19

20

21

22

23

24

25  STIPULATION REQUESTING REMOVAL FROM THE ADR
    MULTI-OPTION PROGRAM AND [PROPOSED] ORDER
26  (C08-1814 MHP)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1

2

3

4

5

SHELLEY DAVIS (CSB #84539)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

6

7

8

9

*Attorneys for Plaintiffs Pesticide Action Network*
*North America, United Farm Workers, Pineros y*
*Campesinos Unidos del Noroeste, Farm Labor*
*Organizing Committee, AFL-CIO, Beyond*
*Pesticides, Natural Resources Defense Council, Sea*
*Mar Community Health Center, and Teamsters*
*Local 890*

10

11

12

13

MICHAEL MEUTER
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA  93905
(831) 757-5221
(831) 757-6212 *[FAX]*
mmeuter@crla.org

14

*Attorneys for Plaintiff Moises Lopez*

15

16

17

18

GEORGE TORGUN
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA  94612-2807
(510) 550-6725
(510) 550-6749 *[FAX]*
gtorgun@earthjustice.org

19

*Local Counsel for Plaintiffs*

20

21

22

23

24

25

26

STIPULATION REQUESTING REMOVAL FROM THE ADR
MULTI-OPTION PROGRAM AND [PROPOSED] ORDER
(C08-1814 MHP)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1

2                                          /s/  Joshua Osborne-Klein, for *
                                           LESLIE M. HILL
3                                          U.S. Department of Justice
         * per email authorization        Environment & Natural Resources Division
4                                          Environmental Defense Section
                                           601 D Street N.W., Suite 8000
5                                          Washington D.C.  20004
                                           (202) 514-0375
6                                          (202) 514-8865 *[FAX]*
                                           Leslie.Hill@usdoj.gov
7
                                           COURTNEY TAYLOR
8                                          U.S. Department of Justice
                                           Wildlife and Marine Resources Section
9                                          601 D Street N.W., Suite 3033
                                           Washington D.C.  20004
10                                         (202) 353-7548
                                           (202) 305-0275 *[FAX]*
11                                         Courtney.Taylor@usdoj.gov

12                                         *Attorneys for Defendants*

13                                         SCOTT N. SCHOOLS
                                           United States Attorney
14                                         Northern District of California
                                           Charles M. O'Connor
15                                         Assistant United States Attorney
                                           9th Floor, Federal Building
16                                         450 Golden Gate Avenue, Box 36055
                                           San Francisco, CA  94102
17                                         (415) 436-7180

18                                         *Local Co-Counsel for Defendant*

19

20

21

22

23

24

25  STIPULATION REQUESTING REMOVAL FROM THE ADR        *Earthjustice*
    MULTI-OPTION PROGRAM AND [PROPOSED] ORDER          *705 Second Ave., Suite 203*
26  (C08-1814 MHP)   -4-                               *Seattle, WA  98104*
                                                       *(206) 343-7340*

1

2

3  /s/  Joshua Osborne-Klein, for *
   BETH S. GINSBERG
   Stoel Rives LLP
4  * per telephone authorization    600 University Street, Suite 3600
   Seattle, WA  98101
5  (206) 624-0900
   (206) 386-7500 [FAX]
6  bsginsberg@stoel.com

7  LYNN L. BERGESON
   Bergeson & Campbell, P.C.
8  1203 Nineteenth Street, N.W., Suite 300
   Washington, D.C. 20036-2401
9  (202) 557-3800
   (202) 557-3836 [FAX]
10 lbergeson@lawbc.com

11 *Attorneys for Defendant-Intervenor-Applicant
   Gowan Company*
12
   SETH D. HILTON
13 Stoel Rives LLP
   980 Ninth Street, Suite 1900
14 Sacramento, CA  95814
   (916) 319-4744
15 (916) 447-4781 [FAX]
   sdhilton@stoel.com
16
17 *Local Co-Counsel for Defendant-Intervenor-
   Applicant Gowan Company*

18

19

20

21

22

23

24

25 STIPULATION REQUESTING REMOVAL FROM THE ADR
   MULTI-OPTION PROGRAM AND [PROPOSED] ORDER
26 (C08-1814 MHP)   -5-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1

2

3                                              /s/  Joshua Osborne-Klein, for *
                                               ANN G. GRIMALDI
            * per email authorization          McKenna Long & Aldridge LLP
4                                              101 California Street, 41st Floor
                                               San Francisco, CA  94111
5                                              (415) 267-4000
                                               (415) 267-4198 *[FAX]*
6                                              agrimaldi@mckennalong.com

7                                              *Attorneys for Defendant-Intervenor-Applicant*
                                               *Croplife America*
8

9

10                              [PROPOSED] ORDER

11          Pursuant to Stipulation, it is so ordered.

12          DATED this _____ day of July, 2008.

13

14

15                                              _____
                                               THE HONORABLE MARILYN HALL PATEL
16                                             United States District Court Judge

17

18

19

20

21

22

23

24

25   STIPULATION REQUESTING REMOVAL FROM THE ADR        *Earthjustice*
     MULTI-OPTION PROGRAM AND [PROPOSED] ORDER          *705 Second Ave., Suite 203*
                                                        *Seattle, WA  98104*
26   (C08-1814 MHP)   -6-                                *(206) 343-7340*