| | | |
|---|---|---|
| 1 | JOSHUA OSBORNE-KLEIN (WSB #36736), | HON. MARILYN HALL PATEL |
| | Admitted *Pro Hac Vice* | |
| 2 | KRISTEN L. BOYLES (CSB #158450) | |
| | Earthjustice | |
| 3 | 705 Second Avenue, Suite 203 | |
| | Seattle, WA  98104 | |
| 4 | (206) 343-7340 | |
| | (206) 343-1526 *[FAX]* | |
| 5 | josborne-klein@earthjustice.org | |
| | kboyles@earthjustice.org | |
| 6 | | |
| 7 | SHELLEY DAVIS (CSB #84539) | |
| | VIRGINIA RUIZ (CSB #194986) | |
| 8 | Farmworker Justice | |
| | 1126 – 16th Street, N.W., Suite 270 | |
| 9 | Washington, D.C.  20036 | |
| | (202) 293-5420 | |
| 10 | (202) 293-5427 *[FAX]* | |
| | sdavis@nclr.org | |
| 11 | vruiz@nclr.org | |

*Attorneys for Plaintiffs*
*(complete list of parties on signature page)*

GEORGE TORGUN (CSB #222085)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA  94612-2807
(510) 550-6725
(510) 550-6749 *[FAX]*
gtorgun@earthjustice.org

*Local Counsel for Plaintiffs*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA  93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorneys for Plaintiff MOISES LOPEZ*

JOINT CASE MANAGEMENT STATEMENT
(C08-1814 MHP)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, UNITED FARM WORKERS, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, BEYOND PESTICIDES, NATURAL RESOURCES DEFENSE COUNCIL, SEA MAR COMMUNITY HEALTH CENTER, TEAMSTERS LOCAL 890 and MOISES LOPEZ,<br><br>        Plaintiffs,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; STEPHEN L. JOHNSON, Administrator, U.S. Environmental Protection Agency, in his official capacity,<br><br>        Defendants. | Civ. No.  C08-1814 MHP<br><br>JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER<br><br>Date: July 14, 2008<br>Time: 4:00 PM<br>Location: Courtroom 15, 18th Floor |

Pursuant to this Court's Civil Local Rules ("Civ. LR") 16-7 and 16-8, plaintiffs United Farm Workers et al., defendants United States Environmental Protection Agency ("EPA") and Stephen L. Johnson, Administrator, U.S. Environmental Protection Agency, in his official capacity, and defendant-intervenor-applicants Gowan Company and CropLife America jointly submit this Case Management Statement and Proposed Order.  Each party certifies that its lead counsel who will try this case has met and conferred for the preparation of this Statement as required by Civ. LR 16-4.

JOINT CASE MANAGEMENT STATEMENT
(C08-1814 MHP)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

The parties make the following representations and recommendations:

**A.  JOINT STATEMENT OF FACTS AND EVENTS UNDERLYING THE ACTION:**

1. FIFRA claims

Plaintiffs seek review of eight actions by EPA, the 2001 Interim Reregistration Eligibility Decision ("IRED") for ethoprop, the 2002 IRED for methidathion, the 2002 IRED for oxydemeton-methyl ("ODM"), the 2002 IRED for methamidophos, and the 2006 Reregistration Eligibility Decisions ("RED") for ethoprop, methidathion, ODM, and methamidophos.

2. ESA claims

Plaintiffs allege that EPA is in violation of sections 7(a)(2) and 7(d) of the Endangered Species Act ("ESA"), 16 U.S.C. §§ 1536(a)(2), (d).  The particular EPA actions that plaintiffs allege violated sections 7(a)(2) and 7(d) of the ESA relate to registering, reregistering, and maintaining registrations for methidathion, ODM, methamidophos, and ethoprop.

**B.  PRINCIPAL ISSUES**

1. The parties anticipate that any factual disputes will be resolved once defendants produce complete administrative records for the agency actions at issue in this case.

2. The principal legal issues the parties dispute are:

    a. Whether the district court has subject matter jurisdiction over this action.

    b. Whether EPA's re-registration eligibility decisions for methidathion, ODM, methamidophos, or ethoprop were arbitrary, capricious, or contrary to FIFRA.

    c. Whether EPA is in violation of section 7(a)(2) and section 7(d) of the ESA by failing to initiate and conclude consultations with FWS and NMFS before registering, re-registering, or maintaining registrations for uses of methidathion, ODM, methamidophos, and

JOINT CASE MANAGEMENT STATEMENT
(C08-1814 MHP)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

ethoprop.

3. All of the present parties to this case have been served.

4. There are no additional parties that a party intends to join.

5. There are no additional claims that a party intends to add.

**C.    ALTERNATIVE DISPUTE RESOLUTION**

All parties share the view that ADR would not be fruitful at this time  This is a case for declaratory and injunctive relief that will be reviewed on extensive administrative records pursuant to the standards set forth in section 706 of the Administrative Procedure Act.  Plaintiffs desire for this case to create precedent and to be reviewed by a district court judge.  In light of these considerations, and the overall technical complexity of the case, the parties agree that no ADR process is likely to deliver benefits to the parties sufficient to justify the resources consumed by its use.  On July 2, 2008, the parties filed a stipulation asking the Court to remove this case from the ADR multi-option program.  (Docket No. 38)

**D.    CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE**

The parties do not consent to a jury or court trial presided over by a magistrate judge.

**E.    DISCLOSURES**

Because this is a case for review of agency action on administrative records, the initial disclosure requirements of Fed. R. Civ. P. 26 and Civ. L.R. 16 are inapplicable.

**F.    EARLY FILING OF MOTIONS**

Plaintiffs do not anticipate the need to file any early motions that will have a significant effect on the scope of discovery or other aspects of the litigation.  Defendants do not anticipate the need to file any early motions in this matter but the defendant-intervenor-applicants anticipate the possibility of filing a motion to dismiss on jurisdictional grounds.

JOINT CASE MANAGEMENT STATEMENT
(C08-1814 MHP)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

**G.     DISCOVERY**

The parties agree that no discovery is likely to be needed in this case, which will be reviewed on administrative records. Because the administrative records for the decisions under review are extensive, defendant seeks additional time beyond that set out in Civ. L.R. 16-5 to compile the record indices and to file agreed-upon extracts of the record to the Court. The parties therefore propose the following schedule for preparing and filing the administrative records:

| | |
|---|---|
| EPA will provide plaintiffs and defendant intervenors with the indices to the administrative records and copies of documents falling into mutually identified categories. | October 15, 2008 |
| EPA will file with the Court and serve on plaintiffs and defendant-intervenors certified indices to the administrative records and agreed-upon extracts of the records. | December 12, 2008 |

**H.     PRETRIAL AND TRIAL SCHEDULE**

The parties agree that there is no need for discovery or a trial. The parties propose the following schedule for motions for summary judgment:

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment | February 18, 2009 |
| Federal Defendants' Opposition and Cross Motion for Summary Judgment | March 18, 2009 |
| Defendant-Intervenors' Oppositions and Cross Motions for Summary Judgment | April 15, 2009 |
| Plaintiffs' Reply and Opposition | May 13, 2009 |
| Defendants' and Defendant-Intervenors' respective Replies | June 24, 2009 |

**I.     DATE OF NEXT CASE MANAGEMENT/STATUS CONFERENCE**

The initial case management conference for this case is scheduled for July 14, 2008, at

JOINT CASE MANAGEMENT STATEMENT
(C08-1814 MHP)   -4-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

4:00 PM, in Courtroom 15, 18th Floor, in San Francisco, California. The parties intend to seek leave of the Court to appear telephonically at this initial case management conference.

**J.     OTHER MATTERS**

1.   Intervenors

Gowan Company and CropLife America have applied for leave to intervene in this case as defendants; those motions are unopposed. Lead counsel for both defendant-intervenor-applicants participated fully in the development of this joint case management schedule.

2.   Page limits

Given the scope and complexity of the case, the parties agree that the page limits for summary judgment briefing should be lengthened beyond those provided in Civ. LR 7-4(b). The parties suggest the following page limits for their motions for summary judgment:

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment | 45 pages |
| Federal Defendants' Opposition and Cross Motion for Summary Judgment | 55 pages |
| Defendant-Intervenors' Oppositions and Cross Motions for Summary Judgment | 45 pages |
| Plaintiffs' Reply and Opposition | 55 pages |
| Defendants' and Defendant-Intervenors' respective Replies | 35 pages |

JOINT CASE MANAGEMENT STATEMENT
(C08-1814 MHP)   -5-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

**K.    INDENTIFICATION AND SIGNATURE OF LEAD TRIAL COUNSEL**

Lead counsel for plaintiffs:

    /s/ Joshua Osborne-Klein
KRISTEN L. BOYLES (CSB #158450)
JOSHUA OSBORNE-KLEIN
Earthjustice
705 2nd Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
kboyles@earthjustice.org
josborne-klein@earthjustice.org

Lead counsel for defendants:

/s/ Joshua-Osborne-Klein for *
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

COURTNEY TAYLOR
Courtney.Taylor@usdoj.gov
Wildlife and Marine Resources Section
601 D Street N.W., Suite 3033
Washington D.C.  20004
Telephone (202) 353-7548
Facsimile (202) 305-0275

Lead counsel for defendant-intervenor-applicant Gowan Company:

/s/ Joshua Osborne-Klein for *
BETH S. GINSBERG
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA  98101
(206) 386-7581
(206) 386-7500 {FAX}
bsginsberg@stoel.com

JOINT CASE MANAGEMENT STATEMENT
(C08-1814 MHP)   -6-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

BETHAMI AUERBACH
Bergeson & Campbell, P.C.
1203 Nineteenth Street, N.W. Suite 300
Washington, D.C. 20036-2401
(202) 557-3800
(202) 557-3836 {FAX}
bauerbach@lawbc.com

Lead counsel for defendant-intervenor-applicant CropLife America:


/s/ Joshua Osborne-Klein for *
ANN G. GRIMALDI
agrimaldi@mckennalong.com
McKenna Long & Aldridge LLP
101 California St., 41st Floor
San Francisco, CA 94111
Tel.: 415-267-4104
Fax: 415-267-4198


* By email authorization

JOINT CASE MANAGEMENT STATEMENT
(C08-1814 MHP)   -7-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

<u>ORDER</u>

The court finds that each party was represented by lead trial counsel responsible for trial of this matter and was given an opportunity to be heard as to all matters encompassed by this Case Management Statement and Proposed Order filed prior to this conference. The court adopts this statement as modified and enters of this court pursuant to Civ. L.R. 16-8(b).

The foregoing joint statement as amended is adopted by this court as the Case Management Order in this action in accordance with Civ. L.R. 16 and other applicable Local Rules, and shall govern all further proceedings in this action.

IT IS SO ORDERED this 7th day of July, 2008.

_____
HON. MARILYN HALL PATEL

JOINT CASE MANAGEMENT STATEMENT
(C08-1814 MHP)   -8-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington.

On July 7, 2008, I served a true and correct copy of the following documents on the parties listed below:

1. Joint Case Management Statement and [Proposed] Order.

| | |
|---|---|
| Leslie M. Hill<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>601 D. Street N.W., Suite 8000<br>Washington, D.C. 20004<br>(202) 514-0375<br>(202) 514-8865 *[FAX]*<br>Leslie.Hill@usdoj.gov<br>*Attorneys for Defendants* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |
| Courtney Taylor<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Wildlife and Marine Resources Section<br>601 D Street N.W., Suite 3033<br>Washington, D.C. 20004<br>(202) 353-7548<br>(202) 305-0275 *[FAX]*<br>Courtney.Taylor@usdoj.gov<br>*Attorneys for Defendants* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |
| Scott N. Schools<br>United States Attorney<br>Northern District of California<br>Charles M. O'Connor<br>Assistant United States Attorney<br>9th Floor, Federal Building<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br>(415) 436-7180<br>*Attorneys for Defendants* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |

CERTIFICATE OF SERVICE (C08-1814 MHP) - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| | |
|---|---|
| 1  Seth D. Hilton<br>Stoel Rives LLP<br>2  980 Ninth Street, Suite 1900<br>Sacramento, CA 95814<br>3  (916) 319-4744<br>4  (916) 447-4781 *[FAX]*<br>sdhilton@stoel.com<br>5  *Attorney for Intervenor-Defendant Gowan Company* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |
| 6<br>7  Beth S. Ginsberg<br>Jason T. Morgan<br>Stoel Rives LLP<br>8  600 University Street, Suite 3600<br>Seattle, WA 98101<br>9  (206) 624-0900<br>10 (206) 386-7500 *[FAX]*<br>bsginsberg@stoel.com<br>11 jtmorgan@stoel.com<br>12 *Attorney for Intervenor-Defendant Gowan Company* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |
| 13 Lynn L. Bergeson<br>Bethami Auerbach<br>14 Bergeson & Campbell, P.C.<br>1203 Nineteenth Street, N.W., Suite 300<br>15 Washington, D.C. 20036-2401<br>16 (202) 557-3800<br>(202) 557-3836 *[FAX]*<br>17 lbergeson@lawbc.com<br>18 bauerbach@lawbc.com<br>*Attorney for Intervenor-Defendant Gowan Company* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |
| 19<br>20 Stanley W. Landfair<br>Deborah L. Cote<br>21 Ann Grimaldi<br>McKenna Long & Aldridge LLP<br>22 101 California Street, 41st Floor<br>San Francisco, CA 94111<br>23 (415) 267-4000<br>24 (415) 267-4198 *[FAX]*<br>slandfair@mckennalong.com<br>25 dcote@mckennalong.com<br>26 agrimaldi@mckennalong.com<br>*Attorneys for Intervenor-Defendant Croplife America* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |

27

28

CERTIFICATE OF SERVICE (C08-1814 MHP)  - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of July, 2008, at Seattle, Washington.

*Cheryl McEvoy*

CERTIFICATE OF SERVICE (C08-1814 MHP) - 3 -

Earthjustice
705 Second Ave., Suite 203
Seattle, WA 98104
(206) 343-7340