| | | |
|---|---|---|
| 1 | JOSHUA OSBORNE-KLEIN (WSB #36736) | HON. MARILYN HALL PATEL |
| | Admitted *Pro Hac Vice* | |
| 2 | KRISTEN L. BOYLES (CSB #158450) | |
JOSHUA OSBORNE-KLEIN (WSB #36736)  HON. MARILYN HALL PATEL
Admitted *Pro Hac Vice*
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (CSB #84539)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C. 20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

*Attorneys for Plaintiffs*
*(complete list of parties on signature page)*

GEORGE TORGUN (CSB #222085)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA 94612-2807
(510) 550-6725
(510) 550-6749 *[FAX]*
gtorgun@earthjustice.org

*Local Counsel for Plaintiffs*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA 93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorneys for Plaintiff MOISES LOPEZ*

MOTION FOR LEAVE TO APPEAR TELEPHONICALLY
AT INITIAL CASE MANAGEMENT HEARING
(C08-1814 MHP)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, UNITED FARM WORKERS, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, BEYOND PESTICIDES, NATURAL RESOURCES DEFENSE COUNCIL, SEA MAR COMMUNITY HEALTH CENTER, TEAMSTERS LOCAL 890 and MOISES LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; STEPHEN L. JOHNSON, Administrator, U.S. Environmental Protection Agency, in his official capacity,<br><br>Defendants. | Civ. No.  C08-1814 MHP<br><br>MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT HEARING |

MOTION FOR LEAVE TO APPEAR TELEPHONICALLY
AT INITIAL CASE MANAGEMENT HEARING
C08-1814 MHP)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Counsel for Plaintiffs respectfully request leave to appear telephonically at the initial case management hearing scheduled for July 14, 2008, in Courtroom 15, 18th Floor, San Francisco, at 4:00 p.m.

Respectfully submitted this 7th day of July, 2008.

      /s/ Joshua Osborne-Klein
JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (CSB #84539)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C. 20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

*Attorneys for Plaintiffs Pesticide Action Network North America, United Farm Workers, Pineros y Campesinos Unidos del Noroeste, Farm Labor Organizing Committee, AFL-CIO, Beyond Pesticides, Natural Resources Defense Council, Sea Mar Community Health Center, and Teamsters Local 890*

GEORGE TORGUN (CSB #222085)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA 94612-2807
(510) 550-6725
(510) 550-6749 *[FAX]*
gtorgun@earthjustice.org

MOTION FOR LEAVE TO APPEAR TELEPHONICALLY
AT INITIAL CASE MANAGEMENT HEARING
C08-1814 MHP)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

*Local Counsel for Plaintiffs*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA  93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorney for Plaintiff MOISES LOPEZ*

[PROPOSED] ORDER

IT IS SO ORDERED.

DATED this _____ day of July, 2008.

_____
THE HONORABLE MARILYN HALL PATEL
United States District Court Judge

Presented by:


    /s/ Joshua Osborne-Klein    
JOSHUA OSBORNE-KLEIN (WSB #36736)
Admitted *Pro Hac Vice*
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
josborne-klein@earthjustice.org
kboyles@earthjustice.org


MOTION FOR LEAVE TO APPEAR TELEPHONICALLY
AT INITIAL CASE MANAGEMENT HEARING
C08-1814 MHP)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1  SHELLEY DAVIS (CSB #84539)
   VIRGINIA RUIZ (CSB #194986)
2  Farmworker Justice
   1126 – 16th Street, N.W., Suite 270
3  Washington, D.C. 20036
   (202) 293-5420
4  (202) 293-5427 *[FAX]*
   sdavis@nclr.org
5  vruiz@nclr.org

6  *Attorneys for Plaintiffs*

7  GEORGE TORGUN (CSB #222085)
   Earthjustice
8  426 Seventeenth Street, 5th Floor
   Oakland, CA 94612-2807
9  (510) 550-6725
   (510) 550-6749 *[FAX]*
10 gtorgun@earthjustice.org

11 *Local Counsel for Plaintiffs*

12 MICHAEL MEUTER (CSB #161554)
   JONATHAN GETTLEMAN (CSB #243560)
13 California Rural Legal Assistance, Inc.
   3 Williams Road
14 Salinas, CA 93905
   (831) 757-5221
15 (831) 757-6212
   mmeuter@crla.org
16 jgettleman@crla.org

17 *Attorneys for Plaintiff MOISES LOPEZ*

25 MOTION FOR LEAVE TO APPEAR TELEPHONICALLY
   AT INITIAL CASE MANAGEMENT HEARING
26 C08-1814 MHP)   -4-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington.

On July 7, 2008, I served a true and correct copy of the following documents on the parties listed below:

1. Motion for Leave to Appear Telephonically at Initial Case Management Hearing.

Leslie M. Hill
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D. Street N.W., Suite 8000
Washington, D.C. 20004
(202) 514-0375
(202) 514-8865 *[FAX]*
Leslie.Hill@usdoj.gov
*Attorneys for Defendants*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

Courtney Taylor
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
601 D Street N.W., Suite 3033
Washington, D.C. 20004
(202) 353-7548
(202) 305-0275 *[FAX]*
Courtney.Taylor@usdoj.gov
*Attorneys for Defendants*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

Scott N. Schools
United States Attorney
Northern District of California
Charles M. O'Connor
Assistant United States Attorney
9th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
(415) 436-7180
*Attorneys for Defendants*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

CERTIFICATE OF SERVICE (C08-1814 MHP)   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| | | |
|---|---|---|
| 1 | Seth D. Hilton<br>Stoel Rives LLP<br>980 Ninth Street, Suite 1900<br>Sacramento, CA 95814<br>(916) 319-4744<br>(916) 447-4781 *[FAX]*<br>sdhilton@stoel.com<br>*Attorney for Intervenor-Defendant Gowan Company* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |
| 6 | Beth S. Ginsberg<br>Jason T. Morgan<br>Stoel Rives LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>(206) 624-0900<br>(206) 386-7500 *[FAX]*<br>bsginsberg@stoel.com<br>jtmorgan@stoel.com<br>*Attorney for Intervenor-Defendant Gowan Company* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |
| 13 | Lynn L. Bergeson<br>Bethami Auerbach<br>Bergeson & Campbell, P.C.<br>1203 Nineteenth Street, N.W., Suite 300<br>Washington, D.C. 20036-2401<br>(202) 557-3800<br>(202) 557-3836 *[FAX]*<br>lbergeson@lawbc.com<br>bauerbach@lawbc.com<br>*Attorney for Intervenor-Defendant Gowan Company* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |
| 20 | Stanley W. Landfair<br>Deborah L. Cote<br>Ann Grimaldi<br>McKenna Long & Aldridge LLP<br>101 California Street, 41st Floor<br>San Francisco, CA 94111<br>(415) 267-4000<br>(415) 267-4198 *[FAX]*<br>slandfair@mckennalong.com<br>dcote@mckennalong.com<br>agrimaldi@mckennalong.com<br>*Attorneys for Intervenor-Defendant Croplife America* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |

CERTIFICATE OF SERVICE (C08-1814 MHP) - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

1     I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct.

2 Executed on this 7th day of July, 2008, at Seattle, Washington.

*[signature: Cheryl McEvoy]*

Cheryl McEvoy

CERTIFICATE OF SERVICE (C08-1814 MHP) - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*