JOSHUA OSBORNE-KLEIN (WSB #36736),
Admitted *Pro Hac Vice*
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
josborne-klein@earthjustice.org
kboyles@earthjustice.org

HON. MARILYN HALL PATEL

SHELLEY DAVIS (CSB #84539)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C. 20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

*Attorneys for Plaintiffs*
*(complete list of parties on signature page)*

GEORGE TORGUN (CSB #222085)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA 94612-2807
(510) 550-6725
(510) 550-6749 *[FAX]*
gtorgun@earthjustice.org

*Local Counsel for Plaintiffs*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA 93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorneys for Plaintiff MOISES LOPEZ*

STIPULATION REQUESTING REMOVAL FROM THE ADR MULTI-OPTION PROGRAM AND [PROPOSED] ORDER (C08-1814 MHP)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, UNITED FARM WORKERS, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, BEYOND PESTICIDES, NATURAL RESOURCES DEFENSE COUNCIL, SEA MAR COMMUNITY HEALTH CENTER, TEAMSTERS LOCAL 890 and MOISES LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; STEPHEN L. JOHNSON, Administrator, U.S. Environmental Protection Agency, in his official capacity,<br><br>Defendants. | Civ. No. C08-1814 MHP<br><br>STIPULATION REQUESTING REMOVAL FROM THE ADR MULTI-OPTION PROGRAM AND ~~[PROPOSED]~~ ORDER |

STIPULATION REQUESTING REMOVAL FROM THE ADR MULTI-OPTION PROGRAM AND [PROPOSED] ORDER (C08-1814 MHP) -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

The undersigned parties appreciate the opportunity to participate in the Court's ADR multi-option program.  However, the parties believe that this administrative review case, which challenges federal agency actions under the Federal Insecticide, Fungicide, and Rodenticide Act and the Endangered Species Act, is not amenable to an intermediate resolution at this time and the litigation should continue before the Court.  The parties believe than none of the ADR processes is likely to lead to resolution of the case or deliver benefits sufficient to justify the resources consumed by its use, see ADR LR 3-5(e)(3), the parties jointly stipulate and request, pursuant to ADR LR 3-3(c) and Civ. LR 7-12, that the Court remove this case from its ADR multi-option program.

Respectfully submitted this 2nd day of July, 2008.

/s/  Joshua Osborne-Klein
JOSHUA OSBORNE-KLEIN
KRISTEN L. BOYLES
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
josborne-klein@earthjustice.com
kboyles@earthjustice.com

STIPULATION REQUESTING REMOVAL FROM THE ADR
MULTI-OPTION PROGRAM AND [PROPOSED] ORDER
(C08-1814 MHP)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

SHELLEY DAVIS (CSB #84539)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C. 20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

*Attorneys for Plaintiffs Pesticide Action Network North America, United Farm Workers, Pineros y Campesinos Unidos del Noroeste, Farm Labor Organizing Committee, AFL-CIO, Beyond Pesticides, Natural Resources Defense Council, Sea Mar Community Health Center, and Teamsters Local 890*

MICHAEL MEUTER
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA 93905
(831) 757-5221
(831) 757-6212 *[FAX]*
mmeuter@crla.org

*Attorneys for Plaintiff Moises Lopez*

GEORGE TORGUN
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA 94612-2807
(510) 550-6725
(510) 550-6749 *[FAX]*
gtorgun@earthjustice.org

*Local Counsel for Plaintiffs*

STIPULATION REQUESTING REMOVAL FROM THE ADR MULTI-OPTION PROGRAM AND [PROPOSED] ORDER (C08-1814 MHP) -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

/s/ Joshua Osborne-Klein, for *
LESLIE M. HILL
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
(202) 514-0375
(202) 514-8865 *[FAX]*
Leslie.Hill@usdoj.gov

* per email authorization

COURTNEY TAYLOR
U.S. Department of Justice
Wildlife and Marine Resources Section
601 D Street N.W., Suite 3033
Washington D.C. 20004
(202) 353-7548
(202) 305-0275 *[FAX]*
Courtney.Taylor@usdoj.gov

*Attorneys for Defendants*

SCOTT N. SCHOOLS
United States Attorney
Northern District of California
Charles M. O'Connor
Assistant United States Attorney
9th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
(415) 436-7180

*Local Co-Counsel for Defendant*

STIPULATION REQUESTING REMOVAL FROM THE ADR MULTI-OPTION PROGRAM AND [PROPOSED] ORDER (C08-1814 MHP) -4-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

* per telephone authorization

/s/ Joshua Osborne-Klein, for *
BETH S. GINSBERG
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
(206) 624-0900
(206) 386-7500 *[FAX]*
bsginsberg@stoel.com

LYNN L. BERGESON
Bergeson & Campbell, P.C.
1203 Nineteenth Street, N.W., Suite 300
Washington, D.C. 20036-2401
(202) 557-3800
(202) 557-3836 *[FAX]*
lbergeson@lawbc.com

*Attorneys for Defendant-Intervenor-Applicant Gowan Company*

SETH D. HILTON
Stoel Rives LLP
980 Ninth Street, Suite 1900
Sacramento, CA 95814
(916) 319-4744
(916) 447-4781 *[FAX]*
sdhilton@stoel.com

*Local Co-Counsel for Defendant-Intervenor-Applicant Gowan Company*

STIPULATION REQUESTING REMOVAL FROM THE ADR MULTI-OPTION PROGRAM AND [PROPOSED] ORDER (C08-1814 MHP) -5-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

/s/ Joshua Osborne-Klein, for *
ANN G. GRIMALDI
McKenna Long & Aldridge LLP
101 California Street, 41st Floor
San Francisco, CA 94111
(415) 267-4000
(415) 267-4198 *[FAX]*
agrimaldi@mckennalong.com

* per email authorization

*Attorneys for Defendant-Intervenor-Applicant Croplife America*

~~[PROPOSED]~~ ORDER

Pursuant to Stipulation, it is so ordered.

DATED this 3rd day of July, 2008.

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Marilyn H. Patel
NORTHERN DISTRICT OF CALIFORNIA

THE HON[...] PATEL
United Sta[...]

STIPULATION REQUESTING REMOVAL FROM THE ADR MULTI-OPTION PROGRAM AND [PROPOSED] ORDER (C08-1814 MHP) -6-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*