1  JOSHUA OSBORNE-KLEIN (WSB #36736),           HON. MARILYN HALL PATEL
   Admitted *Pro Hac Vice*
2  KRISTEN L. BOYLES (CSB #158450)
   Earthjustice
3  705 Second Avenue, Suite 203
   Seattle, WA  98104
4  (206) 343-7340
   (206) 343-1526 *[FAX]*
5  josborne-klein@earthjustice.org
   kboyles@earthjustice.org
6
   SHELLEY DAVIS (CSB #84539)
7  VIRGINIA RUIZ (CSB #194986)
   Farmworker Justice
8  1126 – 16th Street, N.W., Suite 270
   Washington, D.C.  20036
9  (202) 293-5420
   (202) 293-5427 *[FAX]*
10 sdavis@nclr.org
   vruiz@nclr.org
11

12 *Attorneys for Plaintiffs*
   *(complete list of parties on signature page)*

13 GEORGE TORGUN (CSB #222085)
   Earthjustice
14 426 Seventeenth Street, 5th Floor
   Oakland, CA  94612-2807
15 (510) 550-6725
   (510) 550-6749 *[FAX]*
16 gtorgun@earthjustice.org

17 *Local Counsel for Plaintiffs*

18 MICHAEL MEUTER (CSB #161554)
   JONATHAN GETTLEMAN (CSB #243560)
19 California Rural Legal Assistance, Inc.
   3 Williams Road
20 Salinas, CA  93905
   (831) 757-5221
21 (831) 757-6212
   mmeuter@crla.org
22 jgettleman@crla.org

23 *Attorneys for Plaintiff MOISES LOPEZ*

24

25  STIPULATION REQUESTING REMOVAL FROM THE ADR
    MULTI-OPTION PROGRAM AND [PROPOSED] ORDER
26  (C08-1814 MHP)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, UNITED FARM WORKERS, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, BEYOND PESTICIDES, NATURAL RESOURCES DEFENSE COUNCIL, SEA MAR COMMUNITY HEALTH CENTER, TEAMSTERS LOCAL 890 and MOISES LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; STEPHEN L. JOHNSON, Administrator, U.S. Environmental Protection Agency, in his official capacity,<br><br>Defendants. | Civ. No.  C08-1814 MHP<br><br>STIPULATION REQUESTING REMOVAL FROM THE ADR MULTI-OPTION PROGRAM AND ~~[PROPOSED]~~ ORDER |

STIPULATION REQUESTING REMOVAL FROM THE ADR
MULTI-OPTION PROGRAM AND [PROPOSED] ORDER
(C08-1814 MHP)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1  The undersigned parties appreciate the opportunity to participate in the Court's ADR multi-option program.  However, the parties believe that this administrative review case, which challenges federal agency actions under the Federal Insecticide, Fungicide, and Rodenticide Act and the Endangered Species Act, is not amenable to an intermediate resolution at this time and the litigation should continue before the Court.  The parties believe than none of the ADR processes is likely to lead to resolution of the case or deliver benefits sufficient to justify the resources consumed by its use, see ADR LR 3-5(e)(3), the parties jointly stipulate and request, pursuant to ADR LR 3-3(c) and Civ. LR 7-12, that the Court remove this case from its ADR multi-option program.

Respectfully submitted this 2nd day of July, 2008.

/s/  Joshua Osborne-Klein
JOSHUA OSBORNE-KLEIN
KRISTEN L. BOYLES
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
josborne-klein@earthjustice.com
kboyles@earthjustice.com

STIPULATION REQUESTING REMOVAL FROM THE ADR
MULTI-OPTION PROGRAM AND [PROPOSED] ORDER
(C08-1814 MHP)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

SHELLEY DAVIS (CSB #84539)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

*Attorneys for Plaintiffs Pesticide Action Network North America, United Farm Workers, Pineros y Campesinos Unidos del Noroeste, Farm Labor Organizing Committee, AFL-CIO, Beyond Pesticides, Natural Resources Defense Council, Sea Mar Community Health Center, and Teamsters Local 890*

MICHAEL MEUTER
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA  93905
(831) 757-5221
(831) 757-6212 *[FAX]*
mmeuter@crla.org

*Attorneys for Plaintiff Moises Lopez*

GEORGE TORGUN
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA  94612-2807
(510) 550-6725
(510) 550-6749 *[FAX]*
gtorgun@earthjustice.org

*Local Counsel for Plaintiffs*

STIPULATION REQUESTING REMOVAL FROM THE ADR
MULTI-OPTION PROGRAM AND [PROPOSED] ORDER
(C08-1814 MHP)    -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

|   |   |
|---|---|
| * per email authorization | /s/  Joshua Osborne-Klein, for * <br> LESLIE M. HILL <br> U.S. Department of Justice <br> Environment & Natural Resources Division <br> Environmental Defense Section <br> 601 D Street N.W., Suite 8000 <br> Washington D.C.  20004 <br> (202) 514-0375 <br> (202) 514-8865 *[FAX]* <br> Leslie.Hill@usdoj.gov <br><br> COURTNEY TAYLOR <br> U.S. Department of Justice <br> Wildlife and Marine Resources Section <br> 601 D Street N.W., Suite 3033 <br> Washington D.C.  20004 <br> (202) 353-7548 <br> (202) 305-0275 *[FAX]* <br> Courtney.Taylor@usdoj.gov <br><br> *Attorneys for Defendants* <br><br> SCOTT N. SCHOOLS <br> United States Attorney <br> Northern District of California <br> Charles M. O'Connor <br> Assistant United States Attorney <br> 9th Floor, Federal Building <br> 450 Golden Gate Avenue, Box 36055 <br> San Francisco, CA  94102 <br> (415) 436-7180 <br><br> *Local Co-Counsel for Defendant* |

STIPULATION REQUESTING REMOVAL FROM THE ADR MULTI-OPTION PROGRAM AND [PROPOSED] ORDER (C08-1814 MHP)   -4-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

|   |   |
|---|---|
| | /s/  Joshua Osborne-Klein, for * |
| | BETH S. GINSBERG |
| | Stoel Rives LLP |
| <u>* per telephone authorization</u> | 600 University Street, Suite 3600 |
| | Seattle, WA  98101 |
| | (206) 624-0900 |
| | (206) 386-7500 *[FAX]* |
| | bsginsberg@stoel.com |

LYNN L. BERGESON
Bergeson & Campbell, P.C.
1203 Nineteenth Street, N.W., Suite 300
Washington, D.C. 20036-2401
(202) 557-3800
(202) 557-3836 *[FAX]*
lbergeson@lawbc.com

*Attorneys for Defendant-Intervenor-Applicant Gowan Company*

SETH D. HILTON
Stoel Rives LLP
980 Ninth Street, Suite 1900
Sacramento, CA  95814
(916) 319-4744
(916) 447-4781 *[FAX]*
sdhilton@stoel.com

*Local Co-Counsel for Defendant-Intervenor-Applicant Gowan Company*

STIPULATION REQUESTING REMOVAL FROM THE ADR MULTI-OPTION PROGRAM AND [PROPOSED] ORDER (C08-1814 MHP)   -5-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

|   |   |
|---|---|
| * per email authorization | /s/  Joshua Osborne-Klein, for *<br>ANN G. GRIMALDI<br>McKenna Long & Aldridge LLP<br>101 California Street, 41st Floor<br>San Francisco, CA  94111<br>(415) 267-4000<br>(415) 267-4198 [FAX]<br>agrimaldi@mckennalong.com<br><br>*Attorneys for Defendant-Intervenor-Applicant Croplife America* |

[PROPOSED] ORDER

Pursuant to Stipulation, it is so ordered.

DATED this  3rd  day of July, 2008.

_____
THE HON. MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION REQUESTING REMOVAL FROM THE ADR MULTI-OPTION PROGRAM AND [PROPOSED] ORDER (C08-1814 MHP)   -6-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*