UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PESTICIDE ACTION NETWORK,<br><br>    Plaintiff(s),<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION,<br><br>    Defendant(s).<br>_____/ | No. C 08-01814 MHP<br><br>**CLERK'S NOTICE**<br>**(Rescheduling Case Management Conference)** |

    Pursuant to request by counsel, the case management conference in this matter currently set for July 14, 2008, is hereby rescheduled to **July 15, 2008, at 10:00 a.m.**, and shall be held telephonically. Plaintiff shall initiate the conference call, and then shall contact the court at (415) 522-3600 at the designated hearing date and time.

                                                                 Richard W. Wieking
                                                                 Clerk, U.S. District Court

Dated: July 10, 2008                                     Anthony Bowser, Deputy Clerk to the
                                                                 Honorable Marilyn Hall Patel
                                                                           (415) 522-3140