## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: July 15, 2008

Case No.   C 08-1814  MHP          Judge: MARILYN H. PATEL

Title: PESTICIDE ACTION NETWORK et al
          -v-
          US ENIVIRONMENTAL PROTECTION AGENCY et al

Attorneys:  Plf: Kristin Boyles
            Dft: Leslie Hill
            Int: Beth Ginsberg, Ann Grimaldi

Deputy Clerk:  Anthony Bowser   Court Reporter: Belle Ball

## PROCEEDINGS

1)   Telephonic Case Management Conference

2)

3)

## ORDERED AFTER HEARING:

Counsel submit after further discussion of complaint; Briefing schedules re motions to dismiss as follows:

    Motions to dismiss to be filed by 10/6/2008;
    Oppositions to be filed by 10/20/2008;
    Replies to be filed by 10/27/2008;
    Motions to be heard 2:00 p.m. on 11/17/2008.