

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, et. al., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et. al., <br><br>Defendants. | CASE NO. C-08-01814 MHP <br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Lawrence S. Ebner, an active member in good standing of the bar of the United States District Court for the District of Columbia, United States Court of Appeals for all Federal Circuits and United States Supreme Court whose business address and telephone number are:

> McKenna Long & Aldridge LLP
> 1900 K Street NW
> Washington, DC  20006-1108
> Phone:  (202) 496-7727
> Fax:  (202) 496-7756

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant CropLife America,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

1 | will constitute notice to the party. All future filings in this action are subject to the requirements
2 | contained in General Order No. 45, *Electronic Case Filing*.

4 | Dated: 7/17/08

HONORABLE MARILYN H. PATEL
United States Judge