ANN GRIMALDI (CA BAR NO. 160893)
Email: agrimaldi@mckennalong.com
DEBORAH L. COTE (CA BAR NO. 148315)
Email: dcote@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA 94111
*Telephone:* (415) 267-4000
*Facsimile:* (415) 267-4198

LAWRENCE S. EBNER (DC BAR NO. 175620) *(pro hac vice pending)*
Email: lebner@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
1900 K Street NW
Washington, DC 20006-1108
*Telephone:* (202) 496-7727
*Facsimile:* (202) 496-7756

Attorneys for Defendant
CROPLIFE AMERICA

FILED
08 JUL 16 PM 12: 35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>   Defendants. | CASE NO. 3:08-CV-01814-MHP<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>Judge: Hon. Marilyn H. Patel |

Pursuant to Civil L.R. 11-3, Lawrence S. Ebner, an active member in good standing of the bar of the District of Columbia hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant CropLife America in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Ann Grimaldi (CA BAR No. 160893)
> MCKENNA LONG & ALDRIDGE LLP
> 101 California Street
> 41st Floor
> San Francisco, CA 94111
> *Telephone:* (415) 267-4000
> *Facsimile:* (415) 267-4198
> *Email:* agrimaldi@mckennalong.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/10/08

MCKENNA LONG & ALDRIDGE LLP

By: _____
LAWRENCE S. EBNER

Attorneys for Defendant
CROPLIFE AMERICA

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

SF:27296522.1

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021341
Cashier ID: bucklew
Transaction Date: 07/16/2008
Payer Name: mckenna long and aldridge

PRO HAC VICE
 For: lawrence s ebner
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 157737
 Amt Tendered: $210.00

Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

c08-1814mhp


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```