ANN GRIMALDI (CA BAR NO. 160893)
Email: agrimaldi@mckennalong.com
DEBORAH L. COTE (CA BAR NO. 148315)
Email: dcote@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA 94111
Telephone:  (415) 267-4000
Facsimile:  (415) 267-4198

LAWRENCE S. EBNER (DC BAR NO. 175620) *(pro hac vice pending)*
Email: lebner@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
1900 K Street NW
Washington, DC 20006-1108
Telephone:  (202) 496-7727
Facsimile:  (202) 496-7756

Attorneys for Defendant
CROPLIFE AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br>　　　　　Defendants. | CASE NO. 3:08-CV-01814-MHP <br><br>**PROOF OF SERVICE VIA MAIL** <br><br>Judge:  Hon. Marilyn H. Patel |

FILED
08 JUL 16 PM 12:35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF:27297577.1

PROOF OF SERVICE VIA MAIL

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California 94111. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 16, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

in a sealed envelope, postage fully paid, addressed as follows:

**SEE SERVICE LIST**

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 16, 2008, at San Francisco, California.

_____
CARY ANN ROSKO

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

SF:27297577.1

# SERVICE LIST

Kristen Lee Boyles
Earthjustice Legal Defense Fund
705 Second Avenue, Suite 203
Seattle, WA 98104-1711
*Attorneys for Plaintiffs Beyond Pesticides; Farm Labor Organizing Committee, AFL-CIO; Natural Resources Defense Council; Pesticide Action Network North America; Pineros Y Campresinos Unides Del Noroeste; Sea Mar Community Health Center; Teamsters Local 890; United Farm Workers; Moises Lopez*

Joshua Osborne-Klein
705 2nd Avenue, Suite 203
Seattle, WA 98104
*Attorneys for Plaintiffs Beyond Pesticides; Farm Labor Organizing Committee, AFL-CIO; Natural Resources Defense Council; Pesticide Action Network North America; Pineros Y Campresinos Unides Del Noroeste; Sea Mar Community Health Center; Teamsters Local 890; United Farm Workers; Moises Lopez*

Shelley Davis
Farmworker Justice
1126 16th St, NW
Suite 270
Washington, DC 20036
*Attorneys for Plaintiffs Beyond Pesticides; Farm Labor Organizing Committee, AFL-CIO; Natural Resources Defense Council; Pesticide Action Network North America; Pineros Y Campresinos Unides Del Noroeste; Sea Mar Community Health Center; Teamsters Local 890; United Farm Workers*

Virginia Elizabeth Ruiz
Farmworker Justice
1126 16 St., NW, #270
Washington, DC 20036
*Attorneys for Plaintiffs Beyond Pesticides; Farm Labor Organizing Committee, AFL-CIO; Natural Resources Defense Council; Pesticide Action Network North America; Pineros Y Campresinos Unides Del Noroeste; Sea Mar Community Health Center; Teamsters Local 890; United Farm Workers*

George Matthew Torgun
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA 94612
*Attorneys for Plaintiffs Beyond Pesticides; Farm Labor Organizing Committee, AFL-CIO; Natural Resources Defense Council; Pesticide Action Network North America; Pineros Y Campresinos Unides Del Noroeste; Sea Mar Community Health Center; Teamsters Local 890; United Farm Workers*

Jonathan Che Gettleman
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA 93905
*Attorneys for Plaintiff Moises Lopez*

| | |
|---|---|
| 1 | Michael L. Meuter |
|  | California Rural Legal Assistance, Inc. |
| 2 | 3 Williams Road |
|  | Salinas, CA 93905 |
| 3 | *Attorneys for Plaintiff Moises Lopez* |
| 4 | Leslie M. Hill |
|  | Department of Justice |
| 5 | P.O. Box 23986 |
|  | Washington, DC 20026-3986 |
| 6 | *Attorneys for Defendant U.S. Environmental Protection Agency* |
| 7 | Bethami Auerbach |
|  | Lynn L. Bergeson |
| 8 | Bergeson & Campbell, PC |
|  | 1203 Nineteenth Street, NW Suite 300 |
| 9 | Washington, DC 20036 |
|  | *Attorneys for Intervenor Gowan Company* |
| 10 | |
|  | Seth D. Hilton |
| 11 | Stoel Rives, LLP |
|  | 980 Ninth Street, Suite 1900 |
| 12 | Sacramento, CA 95814 |
|  | *Attorneys for Intervenor Gowan Company* |
| 13 | |
|  | Beth S. Ginsberg |
| 14 | Jason T. Morgan |
|  | Stoel Rives, LLP |
| 15 | 600 University Street, Suite 3600 |
|  | Seattle, WA 98101 |
| 16 | *Attorneys for Intervenor Gowan Company* |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

- 3 -

PROOF OF SERVICE VIA MAIL

SF:27297577.1