ANN G. GRIMALDI (BAR NO. 160893)
agrimaldi@mckennalong.com
LAWRENCE EBNER (*pro hac vice*)
lebner@mckennalong.com
DEBORAH L. COTE (BAR NO. 1483150)
dcote@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA 94111
*Telephone:*   (415) 267-4000
*Facsimile:*   (415) 267-4198

Attorneys for Defendant-Intervenor
CROPLIFE AMERICA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA; UNITED FARM WORKERS; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; FARM LABOR ORGANIZING COMMITTEE; AFL-CIO; BEYOND PESTICIDES; NATURAL RESOURCES DEFENSE COUNCIL; SEA MAR COMMUNITY HEALTH CENTER; TEAMSTERS LOCAL 890; *and* MOISES LOPEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *an agency of the United States*; STEPHEN L. JOHNSON, *Administrator, U.S. Environmental Protection Agency, in his official capacity*,<br><br>    Defendants. | CASE NO. 3:08-CV-01814 MHP<br><br>STIPULATION TO EXTEND TIME TO FILE MOTIONS TO DISMISS & INDICES TO THE ADMINISTRATIVE RECORDS PURSUANT TO LOCAL RULES 6-1, 6-2 & 6-3; [~~PROPOSED~~ ORDER] |

**WHEREAS,** on September 9, 2008, Defendant-Intervenors Gowan Company ("Gowan") and CropLife America ("CLA") (collectively, "Defendant-Intervenors"), jointly filed and served an Administrative Motion for Stay of this Action ("Motion to Stay") due to the expedited appeal pending before the United States Court of Appeals for the Ninth Circuit in *United Farm Workers*

MCKENNA LONG & ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME TO FILE MOTIONS TO DISMISS & INDICES TO THE ADMINISTRATIVE RECORDS PURSUANT TO LOCAL RULES 6-1, 6-2 & 6-3; [PROPOSED ORDER]
SF:27310423.6

of America v. EPA, No. 08-35528 (9th Cir.) ("United Farm Workers Case"), which Defendant-Intervenors allege involves the same subject matter jurisdiction questions presented by the above-captioned case, a motion for which Defendant-Intervenors have requested an October 20, 2008 hearing date;

**WHEREAS,** on September 11, 2008, in its Response to Administrative Motion for Stay, PANNA stated that it will oppose Defendant-Intervenors' Motion to Stay on or before September 29, 2008.

**WHEREAS,** on September 17, 2008, Defendants United States Environmental Protection Agency and Stephen L. Johnson ("EPA"), in an Administrative Motion to Consider Whether Cases Should be Related, stated that it intends also to file a motion to stay proceedings in this case, and that motion still is forthcoming;

**WHEREAS,** during the July 15, 2008 telephonic Case Management Conference hearing in this case, the Court set a briefing schedule for Defendant EPA's and Defendant-Intervenors' Motions to Dismiss concerning subject matter jurisdiction questions which Defendant-Intervenors have alleged are the same issues before the Ninth Circuit appeal in the United Farm Workers Case, as follows: Motions to Dismiss to be filed by October 6, 2008; Oppositions to be filed by October 20, 2008; Replies to be filed by October 27, 2008; Motions to be heard 2:00 p.m. on November 17, 2008;

**WHEREAS,** in the Joint Case Management Statement (Dkt. No. 40), parties also agreed to the following deadlines related to the administrative record:

| | |
|---|---|
| EPA will provide plaintiffs and defendant intervenors with the indices to the administrative records and copies of documents falling into mutually identified categories | October 15, 2008 |
| EPA will file with the Court and serve on plaintiffs and defendant-intervenors certified indices to the administrative records and agreed-upon extracts of the records | December 12, 2008 |

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

SF:27310423.6

**WHEREAS**, it would unnecessarily burden the parties and this Court to prepare and consider Defendant EPA's and Defendant-Intervenors' Motions to Dismiss now, while motions to stay are pending before the Court;

**WHEREAS**, it would unnecessarily burden Defendant EPA to complete preparation of the administrative record indices while motions to stay are pending before the Court; and

**WHEREAS**, Plaintiffs, Defendant EPA, and Defendant-Intervenors ("the Parties") have satisfied the requirement under this Court's Local Rule 6-3 that they must meet and confer to seek a stipulation before requesting an enlargement of time for filing;

In light of the foregoing recitals, the Parties below hereby stipulate that the briefing schedule and hearing date on the Motions to Dismiss should be stayed to allow the Court a full opportunity to resolve the pending Motion for Stay so as to maximize the efficient use of the Court's and the Parties' resources and without unnecessarily burdening the Parties and this Court with Motions to Dismiss which are now premature.

The Parties further stipulate that, within seven days after the Court rules on the pending Motion for Stay (which may include EPA's anticipated motion to stay) they will meet and confer and then submit for the Court's consideration a stipulated modified briefing schedule and hearing date for the Motions to Dismiss. The Parties also stipulate that, unless the Court stays the filing of the certified index to the administrative record, within thirty (30) days after the Court rules on the pending Motion for Stay, EPA will provide Plaintiffs and Defendant-Intervenors with the indices to the administrative records and copies of documents falling into mutually identified categories and within sixty (60) days after providing Plaintiffs and Defendant-Intervenors with such records, EPA will file with the Court and serve on Plaintiffs and Defendant-Intervenors certified indices to the administrative records and agreed-upon extracts of the records.

1     IT IS SO STIPULATED.

2   Dated:   September 26, 2008     MCKENNA LONG & ALDRIDGE LLP

4     By:_____
5        ANN G. GRIMALDI
       LAWRENCE EBNER
6        DEBORAH L. CÔTÉ

7     Attorneys for Defendant-Intervenor
    CROPLIFE AMERICA

9   Dated:   September 26, 2008     STOEL RIVES LLP

11     By:_____
12        BETH S. GINSBERG

13     Attorneys for Defendant-Intervenor
    GOWAN COMPANY
14   Dated:   September 26, 2008     BERGESON & CAMPBELL, P.C.

16     By:_____
       BETHAMI AUERBACH

17     Attorneys for Defendant-Intervenor
18     GOWAN COMPANY

20   Dated:   September 26, 2008     RONALD J. TENPAS
    ASSISTANT ATTORNEY GENERAL
21     ENVIRONMENTAL &
    NATURAL RESOURCES DIVISION
22     UNITED STATES DEPARTMENT OF JUSTICE

24     By:_____
       LESLIE M. HILL

25     Attorneys for Defendant
26     U.S. ENVIRONMENTAL PROTECTION
    AGENCY, *et al.*

1

2
    Dated:    September 26, 2008        EARTHJUSTICE

3

4

5                                 By:_____
                                      JOSHUA OSBORNE-KLEIN
6                                      KRISTEN L. BOYLES

7                                      Attorneys for Plaintiffs
                                      PESTICIDE ACTION NETWORK NORTH
8                                      AMERICA, *et al.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF:27310423.6

# ORDER

The Parties having so stipulated, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the briefing schedule and hearing date for Defendant EPA's and Defendant-Intervenors' Motions to Dismiss established July 15, 2008 is stayed and shall be amended as follows: Within seven days after this Court rules on the pending Motion for Stay, the Parties shall meet and confer and shall submit to the Court a stipulated modified briefing schedule and hearing date for the Motions to Dismiss.

**IT IS FURTHER HEREBY ORDERED** that, unless the Court stays the filing of the certified index to the administrative record, within thirty (30) days after the Court rules on the pending Motion for Stay, EPA will provide Plaintiffs and Defendant-Intervenors with the indices to the administrative records and copies of documents falling into mutually identified categories and within sixty (60) days after providing Plaintiffs and Defendant-Intervenors with such records, EPA will file with the Court and serve on Plaintiffs and Defendant-Intervenors certified indices to the administrative records and agreed-upon extracts of the records.

**IT IS SO ORDERED.**

Dated: October 6, 2008



Judge Marilyn H. Patel

SF:27310423.6