KRISTEN L. BOYLES (CSB #158450)  HON. MARILYN HALL PATEL
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
kboyles@earthjustice.org

VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C. 20036
(202) 293-5420
(202) 293-5427 *[FAX]*
vruiz@nclr.org

*Attorneys for Plaintiffs*
*(complete list of parties on signature page)*

GEORGE TORGUN (CSB #222085)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA 94612-2807
(510) 550-6725
(510) 550-6749 *[FAX]*
gtorgun@earthjustice.org

*Local Counsel for Plaintiffs*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA 93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorneys for Plaintiff MOISES LOPEZ*

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(a)(1)(ii) (C08-1814 MHP)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, UNITED FARM WORKERS, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, BEYOND PESTICIDES, NATURAL RESOURCES DEFENSE COUNCIL, SEA MAR COMMUNITY HEALTH CENTER, TEAMSTERS LOCAL 890 and MOISES LOPEZ,<br><br>        Plaintiffs,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; STEPHEN L. JOHNSON, Administrator, U.S. Environmental Protection Agency, in his official capacity,<br><br>        Defendants,<br><br>    and<br><br>GOWAN COMPANY and CROPLIFE AMERICA,<br><br>        Intervenors-Defendants. | Civ. No.  C08-1814 MHP<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii) |

On November 28, 2008, this Court issued an Order for Stay in the above-captioned case pending a final decision by the Ninth Circuit Court of Appeals in <u>United Farm Workers v. EPA</u>, No. 08-35528 (9th Cir.).  On January 26, 2010, the Ninth Circuit issued an opinion holding that challenges to pesticide reregistration decisions made after a public hearing must be brought in the appellate court within 60 days of the challenged decision.  Appellants United Farm Workers petitioned for rehearing.  On April 19, 2010, the Ninth Circuit denied the petition for rehearing

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(a)(1)(ii) (C08-1814 MHP)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

or rehearing en banc, and the mandate in that appeal issued on April 27, 2010.  See Fed. R. App. P. 41(b).

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiffs, federal defendants, and defendant-intervenors stipulate to the voluntary dismissal of plaintiffs' Complaint for Declaratory and Injunctive Relief.  Each party will bear its own costs.

Respectfully submitted this 30th day of April, 2010.

        /s/ Kristen L. Boyles
KRISTEN L. BOYLES (CSB #158450)
JANETTE K. BRIMMER (MNB #174762)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
kboyles@earthjustice.org
jbrimmer@earthjustice.org

VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
vruiz@nclr.org

*Attorneys for Plaintiffs Pesticide Action Network North America, United Farm Workers, Natural Resources Defense Council, Teamsters Local 890, Beyond Pesticides, Pineros y Campesinos Unidos del Noroeste, Center for Environmental Health, Farm Labor Organizing Committee, AFL-CIO, and Alaska Community Action on Toxics*

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii) (C08-1814 MHP)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*


          /s/ Kristen L. Boyles for*
LESLIE M. HILL (DCB# 476008)
Environmental Defense Section
United States Department of Justice
Environment and Natural Resources Division
601 D Street N.W., Suite 8000
Washington, D.C.  20004
(202) 514-0375
(202) 514-8865 *[FAX]*
Leslie.Hill@usdoj.gov

*Attorneys for Defendants*

*per e-mail authorization

          /s/ Kristen L. Boyles for*
BETH S. GINSBERG (WSB# 18523)
*Pro Hac Vice*
JASON T. MORGAN
*Pro Hac Vice*
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA  98101-3197
(206) 624-0900
(206) 386-7500 *[FAX]*
bginsberg@stoel.com
jtmorgan@stoel.com

*Attorneys for Defendant-Intervenor Gowan Company*

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(a)(1)(ii) (C08-1814 MHP)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1
2           Kristen L. Boyles for*
       ANN G. GRIMALDI (BAR# 160893)
       McKenna Long & Aldridge LLP
3          101 California Street, 41st Floor
       San Francisco, CA  94111
4          (415) 267-4000
       (415) 267-4198 *[FAX]*
5          agrimaldi@mckennalong.com
6
7          *Attorneys for Defendant-Intervenor*
       *CropLife America*
8
9   PURSUANT TO STIPULATION, IT IS SO ORDERED.
10
11
12   5/3/2010   _____
       Honorable Marilyn H. Patel
13          United States District Judge



STIPULATION OF VOLUNTARY DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(a)(1)(ii) (C08-1814 MHP)   -4-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington.

I hereby certify that on April 30, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Leslie M. Hill
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D. Street N.W., Suite 8000
Washington, D.C. 20004
(202) 514-0375
(202) 514-8865 *[FAX]*
Leslie.Hill@usdoj.gov
*Attorneys for Defendants*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

Courtney Taylor
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
601 D Street N.W., Suite 3033
Washington, D.C. 20004
(202) 353-7548
(202) 305-0275 *[FAX]*
Courtney.Taylor@usdoj.gov
*Attorneys for Defendants*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

Erik E. Petersen
U.S. Department of Justice
Wildlife & Marine Resources Section
601 D Street, N.W., Room 3909
Washington, D.C. 20004
(202) 305-0339
(202) 305-0275 *[FAX]*
erik.petersen@usdoj.gov
*Attorneys for Defendants*

☐ via facsimile
☐ via overnight courier
☐ via certified mail
☐ via first-class U.S. mail
☐ via hand delivery
☒ via electronic service by Clerk

CERTIFICATE OF SERVICE (C08-1814 MHP)   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| | | |
|---|---|---|
| 1 | Scott N. Schools<br>United States Attorney | ☐ via facsimile |
| 2 | Northern District of California | ☐ via overnight courier<br>☐ via certified mail |
| 3 | Charles M. O'Connor<br>Assistant United States Attorney | ☐ via first-class U.S. mail |
| 4 | 9th Floor, Federal Building<br>450 Golden Gate Avenue, Box 36055 | ☐ via hand delivery<br>☒ via electronic service by Clerk |
| 5 | San Francisco, CA  94102 | |
| 6 | (415) 436-7180<br>*Attorneys for Defendants* | |
| 7 | | |
| 8 | Seth D. Hilton<br>Stoel Rives LLP | ☐ via facsimile |
| 9 | 980 Ninth Street, Suite 1900<br>Sacramento, CA  95814 | ☐ via overnight courier<br>☐ via certified mail |
| 10 | (916) 319-4744 | ☐ via first-class U.S. mail<br>☐ via hand delivery |
| 11 | (916) 447-4781 *[FAX]*<br>sdhilton@stoel.com | ☒ via electronic service by Clerk |
| 12 | *Attorney for Intervenor-Defendant Gowan Company* | |
| 13 | Beth S. Ginsberg | |
| 14 | Jason T. Morgan<br>Stoel Rives LLP | ☐ via facsimile<br>☐ via overnight courier |
| 15 | 600 University Street, Suite 3600<br>Seattle, WA  98101 | ☐ via certified mail<br>☐ via first-class U.S. mail |
| 16 | (206) 624-0900 | ☐ via hand delivery<br>☒ via electronic service by Clerk |
| 17 | (206) 386-7500 *[FAX]*<br>bsginsberg@stoel.com | |
| 18 | jtmorgan@stoel.com<br>*Attorney for Intervenor-Defendant Gowan Company* | |
| 19 | | |
| 20 | Lynn L. Bergeson<br>Bethami Auerbach | ☐ via facsimile |
| 21 | Bergeson & Campbell, P.C.<br>1203 Nineteenth Street, N.W., Suite 300 | ☐ via overnight courier<br>☐ via certified mail |
| 22 | Washington, D.C. 20036-2401 | ☐ via first-class U.S. mail<br>☐ via hand delivery |
| 23 | (202) 557-3800<br>(202) 557-3836 *[FAX]* | ☒ via electronic service by Clerk |
| 24 | lbergeson@lawbc.com<br>bauerbach@lawbc.com | |
| 25 | *Attorney for Intervenor-Defendant Gowan Company* | |
| 26 | | |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE (C08-1814 MHP)   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

| | |
|---|---|
| Stanley W. Landfair<br>Deborah L. Cote<br>Ann Grimaldi<br>McKenna Long & Aldridge LLP<br>101 California Street, 41st Floor<br>San Francisco, CA  94111<br>(415) 267-4000<br>(415) 267-4198 *[FAX]*<br>slandfair@mckennalong.com<br>dcote@mckennalong.com<br>agrimaldi@mckennalong.com<br>*Attorneys for Intervenor-Defendant Croplife America* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via certified mail<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☒ via electronic service by Clerk |

I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of April, 2010, at Seattle, Washington.

_____
Cheryl McEvoy

CERTIFICATE OF SERVICE (C08-1814 MHP)   - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*